UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § § | |
| PLAINTIFF | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv102 |
| METACAFE, INC., | § § | JURY DEMAND |
| DEFENDANT | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Otis Carroll, enters his appearance in this matter for Plaintiff, Antor Media Corporation, for purposes of receiving notices and orders from the Court.

DATED this 29th day of March, 2007.

    Respectfully submitted,

    /s/ Otis Carroll_____
    Otis Carroll
    State Bar No. 03895700
    Ireland, Carroll & Kelley, PC
    6101 S. Broadway, Suite 500
    Tyler, Texas 75703
    Tel: (903) 561-1600
    Fax: (903) 581-1071
    Email: Fedserv@icklaw.com


    ATTORNEYS FOR PLAINTIFF
    ANTOR MEDIA CORPORATION

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 29th day of March, 2007.

/s/ Otis Carroll
Otis Carroll