UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION § | |
| § | |
| PLAINTIFF § | |
| § | |
| v. § | CIVIL ACTION NO. 2:07cv102 |
| § | |
| METACAFE, INC., § | JURY DEMAND |
| § | |
| DEFENDANT § | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Plaintiff, Antor Media Corporation, for purposes of receiving notices and orders from the Court.

DATED this 29th day of March, 2007.

                                         Respectfully submitted,

                                         /s/ Deborah Race
                                         Deborah Race
                                         State Bar No. 16448700
                                         Ireland, Carroll & Kelley, PC
                                         6101 S. Broadway, Suite 500
                                         Tyler, Texas 75703
                                         Tel: (903) 561-1600
                                         Fax: (903) 581-1071
                                         Email: Fedserv@icklaw.com

                                         ATTORNEYS FOR PLAINTIFF
                                         ANTOR MEDIA CORPORATION

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 29th day of March, 2007.

/s/ Deborah Race
Deborah Race