IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 2:07-CV-102 (TJW) |
| | § |
| METACAFE, INC. | §   JURY |
| | § |
| Defendants | § |

NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Antor Media Corporation, for the purpose of receiving notices and orders from the Court.

DATED this 10th day of April, 2007.

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585
BROWN McCARROLL, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157
P.O. Box 3999
Longview, TX 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ederieux@mailbmc.com
ATTORNEYS FOR PLAINTIFF
ANTOR MEDIA CORPORATION

AUS:3896579.1
1.815

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of April, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                      /s/ Elizabeth L. DeRieux
                                                      Elizabeth L. DeRieux