IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § § | |
| V. | § § | NO. 2:07CV102 |
| METACAFE, INC. | § | |

## ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 11th day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE