IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| V. | § | |
| (1) METACAFE, INC., | § | |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | **CIVIL ACTION NO.** |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC. | § § | **2:07CV102-DF** |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION | § | |
| (9) SONY CORPORATION OF AMERICA | § | |
| (10) GROUPER NETWORKS, INC., | § | **JURY DEMAND** |
| (11) GOTUIT MEDIA CORP., | § | |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) PURE VIDEO NETWORKS, INC., | § | |
| (15) DIGITAL PLAYGROUND, INC., | § | |
| (16) NEW FRONTIER MEDIA, INC., | § | |
| (17) SBO PICTURES, INC., | § | |
| (18) VIVID ENTERTAINMENT, LLC | § | |
| (19) SUN MICROSYSTEMS, INC., | § | |
| (20) MLB ADVANCED MEDIA, L.P. | § § | |
| **DEFENDANTS** | § | |

**AGREED MOTION TO EXTEND MLB ADVANCED MEDIA, L.P.'S TIME TO RESPOND**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant MLB ADVANCED MEDIA, L.P. ("MLB"), without waiving any defenses or

any matters that might be presented pursuant to the Federal Rules of Civil Procedure and

applicable law, files this Agreed Motion to Extend Defendant MLB's Time to Respond to

Plaintiff's First Amended Complaint for Patent Infringement and would respectfully show the

Court as follows:

MLB has requested and Plaintiff has agreed, to an extension to May 31, 2007 for MLB's time to answer or otherwise respond in any manner pursuant to Federal Rules of Civil Procedure and applicable law to Plaintiff's First Amended Complaint for Patent Infringement.

MLB agrees that the granting of this extension of time to answer or otherwise respond in any manner will not be used by MLB as a basis for a request to delay the date of any scheduling conference which may be set by this Court.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

    Respectfully submitted,

    /s/ Guy N. Harrison
    Guy N. Harrison
    Attorney at Law
    State Bar No. 00000077
    217 N. Center Street
    P.O. Box 2845
    Longview, Texas 75606
    Tel: (903) 758-7361
    Fax: (903) 753-9557
    E-Mail: guy@gnhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System or via first class mail to each attorney/party of record on this 27th day of April, 2007.

    /s/ Guy N. Harrison
    Guy N. Harrison

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this Motion with all parties of interest to the motion and the motion is unopposed and agreed to by Plaintiff.

/s/ Guy N. Harrison
Guy N. Harrison
