IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION** | § | |
| | § | |
|     **PLAINTIFF** | § | |
| | § | |
| V. | § | |
| (1) METACAFE, INC., | § | |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | **CIVIL ACTION NO.** |
| (6) SONY COMPUTER ENTERTAINMENT | § | |
| AMERICA, INC. | § | **2:07CV102-DF** |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION | § | |
| (9) SONY CORPORATION OF AMERICA | § | |
| (10) GROUPER NETWORKS, INC., | § | **JURY DEMAND** |
| (11) GOTUIT MEDIA CORP., | § | |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) PURE VIDEO NETWORKS, INC., | § | |
| (15) DIGITAL PLAYGROUND, INC., | § | |
| (16) NEW FRONTIER MEDIA, INC., | § | |
| (17) SBO PICTURES, INC., | § | |
| (18) VIVID ENTERTAINMENT, LLC | § | |
| (19) SUN MICROSYSTEMS, INC., | § | |
| (20) MLB ADVANCED MEDIA, L.P. | § | |
| | § | |
|     **DEFENDANTS** | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND DEFENDANT
MLB ADVANCED MEDIA, L.P.'S TIME TO RESPOND TO PLAINTIFF'S
<u>FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT</u>**

    Defendant MLB ADVANCED MEDIA, L.P.'s ("MLB") Motion to Extend Time to

Respond to Plaintiff's First Amended Complaint for Patent Infringement is hereby GRANTED.

    Defendant, MLB ADVANCED MEDIA, L.P. shall have until and including May 31, 2007

to answer or otherwise respond in any manner pursuant to the Federal Rules of Civil Procedure and applicable law to Plaintiff's Original Complaint for Patent Infringement.

Case 2:07-cv-00102-DF    Document 14    Filed 04/27/2007    Page 2 of 2