IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>(1) METACAFE, INC.,<br>(2) GOOGLE, INC.,<br>(3) YOUTUBE, INC.,<br>(4) SONY PICTURES ENTERTAINMENT, INC.,<br>(5) SONY ELECTRONICS, INC.,<br>(6) SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br>(7) SONY BMG MUSIC ENTERTAINMENT GP,<br>(8) SONY CORPORATION<br>(9) SONY CORPORATION OF AMERICA<br>(10) GROUPER NETWORKS, INC.,<br>(11) GOTUIT MEDIA CORP.,<br>(12) DISCOVERY COMMUNICATIONS, INC.,<br>(13) MACMILLAN PUBLISHERS, INC.,<br>(14) PURE VIDEO NETWORKS, INC.,<br>(15) DIGITAL PLAYGROUND, INC.<br>(16) NEW FRONTIER MEDIA, INC.<br>(17) SBO PICTURES, INC.<br>(18) VIVID ENTERTAINMENT, LLC<br>(19) SUN MICROSYSTEMS, INC.<br>(20) MLB ADVANCED MEDIA, L.P.<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br><br>**02:07CV102**<br><br><br>JURY DEMAND |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS GOOGLE, INC. AND YOUTUBE, INC.
TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendants Google and

YouTube to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS

the motion and extends the date for Google and YouTube to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including June 7, 2007.

**SIGNED this 3rd day of May, 2007.**

                                                             _____
                                                             DAVID FOLSOM
                                                             UNITED STATES DISTRICT JUDGE