IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>  PLAINTIFF,<br><br>V.<br><br>(1) METACAFE, INC.,<br>(2) GOOGLE, INC.,<br>(3) YOUTUBE, INC.,<br>(4) SONY PICTURES ENTERTAINMENT, INC.,<br>(5) SONY ELECTRONICS, INC.,<br>(6) SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br>(7) SONY BMG MUSIC ENTERTAINMENT GP,<br>(8) SONY CORPORATION<br>(9) SONY CORPORATION OF AMERICA<br>(10) GROUPER NETWORKS, INC.,<br>(11) GOTUIT MEDIA CORP.,<br>(12) DISCOVERY COMMUNICATIONS, INC.,<br>(13) MACMILLAN PUBLISHERS, INC.,<br>(14) PURE VIDEO NETWORKS, INC.,<br>(15) DIGITAL PLAYGROUND, INC.<br>(16) NEW FRONTIER MEDIA, INC.<br>(17) SBO PICTURES, INC.<br>(18) VIVID ENTERTAINMENT, LLC<br>(19) SUN MICROSYSTEMS, INC.<br>(20) MLB ADVANCED MEDIA, L.P.<br><br>  DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.<br><br>**02:07CV102**<br><br>JURY DEMAND |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
DIGITAL PLAYGROUND, INC. AND SBO PICTURES, INC. TO ANSWER OR
OTHERWISE RESPOND**

TO THE HONORABLE JUDGE OF SAID COURT:

25772921.1                                           - 1 -

Dockets.Justia.com

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Antor Media Corporation ("Antor"), and Defendants, Digital Playground, Inc. ("Digital Playground") and SBO Pictures, Inc. ("SBO"), subject to the approval of the Court, as follows:

On March 27, 2007, Antor filed its Original Complaint for Patent Infringement. On April 11, 2007, Antor filed its First Amended Complaint for Patent Infringement and subsequently obtained service on Defendants Digital Playground and SBO. Antor, Digital Playground, and SBO have agreed to an extension of time to answer or otherwise respond, which extends the deadline to June 11, 2007.

Respectfully submitted this 4th day of May, 2007.

/s/ Robert M. Chiaviello, Jr.
Robert M. Chiaviello, Jr., Attorney-in-Charge
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

S. Calvin Capshaw, III
Elizabeth L. DeRieux
Andrew W. Spangler
BROWN McCARROLL L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on May 4, 2007.

                                         */s/ Robert M. Chiaviello, Jr.*
                                         Robert M. Chiaviello, Jr.