IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL ACTION NO. **02:07CV102** |
| § | |
| METACAFE, INC., ET AL., § | |
| § | |
| DEFENDANTS. § | |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal for Defendant Discovery Communications, Inc., which has a principal place of business at 3905 West Berry Avenue, Littleton, CO 80123 and an agent for service of process as: Brian Novak, 3905 West Berry Avenue, Littleton, CO 80123.

Having considered the matter, the Court GRANTS this motion.