IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, <br><br> PLAINTIFF, <br><br> V. <br><br> METACAFE, INC., ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. <br><br> **02:07CV102** <br><br><br> JURY DEMAND |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Antor Media Corporation ("Antor") seeks leave to file a Second Amended Complaint for Patent Infringement ("Second Amended Complaint"). A copy of the proposed Amended Complaint is attached as Exhibit A. Under the Federal Rules, leave to amend pleadings "shall be freely given when justice so requires." FED. R. CIV. P. 15(a).

On March 27, 2007, Antor filed its Original Complaint for Patent Infringement. On April 11, 2007, Antor filed its First Amended Complaint for Patent Infringement and incorrectly stated that one of its intended defendants, Discovery Communications, Inc., had a principal place of

Dockets.Justia.com

business at 3905 West Berry Avenue, Littleton, CO 80123 and an agent for service of process as: Brian Novak, 3905 West Berry Avenue, Littleton, CO 80123. Subsequently, Antor determined that the Discovery Communications, Inc. identified in the First Amended Complaint was not the correct entity and that the correct entity, which has the same corporate name, has a principal place of business at 1 Discovery Place, Silver Spring, MD 20910 and has an agent for service of process as the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE, 19801. As such, Antor seeks leave to file its Second Amended Complaint to correctly identify the proper Discovery Communications, Inc. entity as a defendant in this action.

Also, Antor has discovered that MacMillan Publishers, Ltd. infringes United States Patent No. 5,734,961, which Antor asserts against the already-named Defendants. As such, Antor asks the Court to allow Antor to amend its Complaint to add MacMillan Publishers, Ltd., related to already named MacMillan Publishers, Inc., as a named defendant in the interest of justice.

To date, no defendant has filed a responsive pleading in this action.

/s/*Brett C. Govett*
Robert M. Chiaviello, Jr., Attorney-in-Charge
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

- 3 -

                          COUNSEL FOR PLAINTIFF
                          ANTOR MEDIA CORPORATION

OF COUNSEL

S. Calvin Capshaw, III
Elizabeth L. DeRieux
Andrew W. Spangler
BROWN McCARROLL L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787



Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233



T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323



Otis W. Carroll
IRELAND CARROLL & KELLEY, PC
6101 South Broadway
Suite 500
Tyler, TX  75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071