| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>METACAFE, INC., ET AL.,<br><br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. **02:07CV102**<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Before the Court is the Plaintiff's Motion for leave to file Second Amended Complaint

Having considered the matter, the Court GRANTS this motion.