IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>(1) METACAFE, INC.,<br>(2) GOOGLE, INC.,<br>(3) YOUTUBE, INC.,<br>(4) SONY PICTURES ENTERTAINMENT, INC.,<br>(5) SONY ELECTRONICS, INC.,<br>(6) SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br>(7) SONY BMG MUSIC ENTERTAINMENT GP,<br>(8) SONY CORPORATION<br>(9) SONY CORPORATION OF AMERICA<br>(10) GROUPER NETWORKS, INC.,<br>(11) GOTUIT MEDIA CORP.,<br>(12) DISCOVERY COMMUNICATIONS, INC.,<br>(13) MACMILLAN PUBLISHERS, INC.,<br>(14) PURE VIDEO NETWORKS, INC.,<br>(15) DIGITAL PLAYGROUND, INC.<br>(16) NEW FRONTIER MEDIA, INC.<br>(17) SBO PICTURES, INC.<br>(18) VIVID ENTERTAINMENT, LLC<br>(19) SUN MICROSYSTEMS, INC.<br>(20) MLB ADVANCED MEDIA, L.P.<br><br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br><br>**02:07CV102**<br><br><br>JURY DEMAND |

### ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS DIGITAL PLAYGROUND, INC. AND SBO PICTURES, INC. TO ANSWER OR OTHERWISE RESPOND

Before the Court is the Stipulation for Extension of Time for Defendants Digital Playground and SBO to Answer or Otherwise Respond. Having considered the matter, the Court

GRANTS the motion and extends the date for Digital Playground and SBO to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including June 11, 2007.

**SIGNED this 7th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE