IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 02:07-CV-102 (DF) |
| | § | |
| METACAFE, INC. | § | |
| GOOGLE, INC., | § | JURY |
| YOUTUBE, INC., | § | |
| SONY PICTURES ENTERTAINMENT | § | |
| INC. | § | |
| SONY ELECTRONICS INC. | § | |
| SONY COMPUTER ENTERTAINMENT | § | |
| AMERICA INC. | § | |
| SONY BMG MUSIC ENTERTAINMENT | § | |
| GP | § | |
| SONY CORPORATION | § | |
| SONY CORPORATION OF AMERICA | § | |
| GROUPER NETWORKS, INC., | § | |
| GOTUIT MEDIA CORP., | § | |
| DISCOVERY COMMUNICATIONS, INC. | § | |
| MACMILLAN PUBLISHERS, INC. | § | |
| PURE VIDEO NETWORKS, INC. | § | |
| DIGITAL PLAYGROUND, INC. | § | |
| NEW FRONTIER MEDIA, INC. | § | |
| SBO PICTURES, INC. | § | |
| VIVID ENTERTAINMENT, LLC, | § | |
| SUN MICROSYSTEMS, INC. | § | |
| MLB ADVANCED MEDIA, L.P. | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING
## DEFENDANTS', SONY PICTURES ENTERTAINMENT, INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY BMG MUSIC ENTERTAINMENT GP, AND GROUPER NETWORKS, INC. UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Came on to be considered Defendants', Sony Pictures Entertainment, Inc., Sony Electronics Inc.,

Sony Computer Entertainment America Inc., Sony BMG Music Entertainment Gp, and Grouper

Networks, Inc., Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Original Complaint, and without waiving any defenses or any matters that might be presented pursuant to FED. R. CIV. P. 12(B) or any other rule of law, filed its motion to extend time to respond to Plaintiff's Original Complaint and the Court finds that such motion is well-taken and should be GRANTED in all respects. Accordingly,

IT IS ORDERED that Defendants', Sony Pictures Entertainment, Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment Gp, and Grouper Networks, Inc., time to respond in any manner to Plaintiff's Original Complaint is extended to and including **August 6, 2007.**

**SIGNED this 7th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE