# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § § | |
| PLAINTIFF, | | |
| V. | § § § § § § | CIVIL ACTION NO. **02:07CV102** |
| METACAFE, INC., ET AL., | | |
| DEFENDANTS. | | |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal for Defendant Discovery Communications, Inc., which has a principal place of business at 3905 West Berry Avenue, Littleton, CO 80123 and an agent for service of process as: Brian Novak, 3905 West Berry Avenue, Littleton, CO 80123.

Having considered the matter, the Court GRANTS this motion.

**SIGNED this 7th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE