# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. **02:07CV102** |
| | § | |
| METACAFE, INC., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal for Defendant (1.) Sony Corporation which has a principal place of business at 7-35 Kitashinagawa, 6-Chome Shinagawa-Ku, Tokyo, 141-0001, Japan and an agent for service of process as: Corporation Service Company, 80 State Street, Albany, NY 12207-2543. (2.) Sony Corporation of America which has a principal place of business at 555 Madison Avenue, 8th Floor, New York, NY 10022 and an agent for service of process as: Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

Having considered the matter, the Court GRANTS this motion.

**SIGNED this 7th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE