IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | CIVIL ACTION NO. |
| PLAINTIFF, | § § | |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § § | JURY DEMAND |
| DEFENDANTS. | § § | |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PURE VIDEO NETWORKS, INC. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendant Pure Video Networks, Inc. to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendant Pure Video Networks, Inc. to answer or otherwise respond to Plaintiff's Second Amended Complaint to and including June 6, 2007.