IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| (1) METACAFE, INC., | § | **02:07CV102** |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | § | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION, | § | |
| (9) SONY CORPORATION OF AMERICA, | § | |
| (10) GROUPER NETWORKS, INC., | § | |
| (11) GOTUIT MEDIA COPR., | § | JURY DEMAND |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) MACMILLAN PUBLISHER, LTD., | § | |
| (15) PURE VIDEO NETWORKS, INC., | § | |
| (16) DIGITAL PLAYGROUND, INC., | § | |
| (17) NEW FRONTIER MEDIA, INC., | § | |
| (18) SBO PICTURES, INC., | § | |
| (19) VIVID ENTERTAINMENT, LLC, | § | |
| (20) SUN MICROSYSTEMS, INC., | § | |
| (21) MLB ADVANCED MEDIA, L.P., | § | |
| | § | |
| DEFENDANTS. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT NEW FRONTIER MEDIA, INC.
<u>TO ANSWER OR OTHERWISE RESPOND</u>**

Defendant New Frontier Media, Inc. files this unopposed motion for an extension of time to answer or otherwise respond to Plaintiffs Second Amended Complaint and in support shows as follows:

6082278 v1

1

1. On March 27, 2007, Plaintiff Antor Media Corporation ("Antor") filed its Original Complaint for patent infringement. Since that time, Antor has amended its complaint twice.

2. Antor obtained service of its Original Complaint on New Frontier on April 24, 2007.

3. New Frontier requests an extension until June 15, 2007 in which to answer or otherwise respond.

4. Antor does not oppose this motion.

WHEREFORE, New Frontier requests that its deadline for filing an answer or otherwise responding to Antor's Second Amended Complaint be extended until June 15, 2007, and New Frontier requests such other relief to which it may be entitled.

DATE:  May 9, 2007					**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ R. Laurence Macon*
R. Laurence Macon
State Bar No. 12787500
300 Convent Street, Suite 1600
San Antonio, Texas 78205
(210) 281-7000 (telephone)
(210) 281-2035 (facsimile)

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I spoke with Brett Govett, counsel for Plaintiff, and he stated that Plaintiff does not oppose this motion.

_R. Laurence Macon_
R. Laurence Macon

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on May 9, 2007.

_R. Laurence Macon_
R. Laurence Macon