IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § § | |
| PLAINTIFF, § § | |
| V. § § | CIVIL ACTION NO. 2:07 CV 102 |
| METACAFE, INC., ET AL., § § | |
| DEFENDANT. § § | |

## NOTICE OF APPEARANCE OF ROBERT M. CHIAVIELLO, JR.

COMES NOW Plaintiff, Antor Media Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Robert M. Chiaviello, Jr., State Bar Number 04190720, of Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, (214) 855-8000 phone, (214) 855-8200 facsimile, bobc@fulbright.com will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: May 9th 2007                    Respectfully submitted,

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr.
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

S. Calvin Capshaw, III
Elizabeth L. DeRieux
Andrew W. Spangler
BROWN McCARROLL L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Otis W. Carroll
IRELAND CARROLL & KELLEY, PC
6101 South Broadway
Suite 500
Tyler, TX  75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

25775255.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 9th day of May, 2007.

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr.

25775255.1