IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § | |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT METACAFE, INC. TO ANSWER OR OTHERWISE RESPOND

Before the Court is the Stipulation for Extension of Time for Defendant MetaCafe, Inc. to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendant MetaCafe, Inc. to answer or otherwise respond to Plaintiff's Original Complaint to and including June 8, 2007.