IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MACMILLAN PUBLISHERS, INC. TO ANSWER OR OTHERWISE RESPOND

TO THE HONORABLE JUDGE OF SAID COURT:

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Antor Media Corporation ("Antor"), and Defendant MacMillan Publishers, Inc. ("MacMillan Inc."), subject to the approval of the Court, as follows:

On March 27, 2007, Antor filed its Original Complaint for Patent Infringement. Antor filed its First Amended Complaint for Patent Infringement and subsequently obtained service on Defendant MacMillan Inc. Antor and MacMillan Inc. have agreed to an extension of time to answer or otherwise respond, which extends the deadline to June 11, 2007.

Respectfully submitted this 10th day of May, 2007.

        /s/ *Brett C. Govett*

Robert M. Chiaviello, Jr.,
Lead Attorney
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

| | |
|---|---|
| S. Calvin Capshaw, III<br>Elizabeth L. DeRieux<br>Andrew W. Spangler<br>BROWN McCARROLL L.L.P.<br>1127 Judson Road, Suite 220<br>Longview, TX 75601<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787 | T. John Ward, Jr.<br>LAW OFFICE OF T. JOHN WARD, JR., P.C.<br>109 W. Tyler<br>Longview, TX 75601<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323 |
| Nicholas H. Patton<br>J. Kurt Truelove<br>PATTON, TIDWELL & SCHROEDER, L.L.P.<br>4605 Texas Blvd.<br>Texarkana, TX 75503<br>Telephone: (903) 792-7080<br>Facsimile: (903) 792-8233 | Otis W. Carroll<br>IRELAND CARROLL & KELLEY, PC<br>6101 South Broadway<br>Suite 500<br>Tyler, TX  75711-7879<br>Telephone: (903) 561-1600<br>Facsimile: (903) 581-1071 |

25775948.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MACMILLAN PUBLISHERS, INC. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendant MacMillan Publishers, Inc. to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendant MacMillan Publishers, Inc. to answer or otherwise respond to Plaintiff's First Amended Complaint to and including June 11, 2007.