IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | CIVIL ACTION NO. |
| PLAINTIFF, | § | |
| | § | |
| V. | § | **02:07CV102** |
| | § | |
| (1) METACAFE, INC., ET AL. | § | JURY DEMAND |
| | § | |
| DEFENDANTS. | § | |
| | § | |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
MACMILLAN PUBLISHERS, INC. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendant MacMillan

Publishers, Inc. to Answer or Otherwise Respond.  Having considered the matter, the Court

GRANTS the motion and extends the date for Defendant MacMillan Publishers, Inc. to answer

or otherwise respond to Plaintiff's First Amended Complaint to and including June 11, 2007.

**SIGNED this 14th day of May, 2007.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE