IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | CIVIL ACTION NO. |
| PLAINTIFF, | § § | |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VIVID ENTERTAINMENT, LLC TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendant Vivid Entertainment, LLC to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendant Vivid Entertainment, LLC to answer or otherwise respond to Plaintiff's Second Amended Complaint to and including June 11, 2007.

**SIGNED this 15th day of May, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE