IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § | |
|     *PLAINTIFF*, § | |
| § | |
| v. § | |
| § | |
| METACAFE, INC., § | CIVIL ACTION NO. 2:07-CV-00102-DF |
| GOOGLE, INC., § | JUDGE DAVID FOLSOM |
| YOUTUBE, INC., § | |
| SONY PICTURES ENTERTAINMENT, INC., § | |
| SONY ELECTRONICS, INC., § | |
| SONY COMPUTER ENTERTAINMENT § | |
|     AMERICA, INC., § | |
| SONY BMG MUSIC ENTERTAINMENT GP, INC., § | |
| GROUPER NETWORKS, INC., § | JURY DEMANDED |
| GOTUIT MEDIA CORPORATION § | |
| MACMILLAN PUBLISHERS, INC., § | |
| MACMILLAN PUBLISHERS, LTD., § | |
| PURE VIDEO NETWORKS, INC., § | |
| DIGITAL PLAYGROUND, INC., § | |
| NEW FRONTIER MEDIA, INC., § | |
| SBO PICTURES, INC., § | |
| VIVID ENTERTAINMENT, LLC, § | |
| SUN MICROSYSTEMS, INC., § | |
| AND MLB ADVANCED MEDIA, L.P. § | |
|     *DEFENDANTS*. § | |

## PROPOSED ORDER

This matter came before the Court on the Defendants Macmillan Publishers, Inc.'s and Macmillan Publishers, Ltd.'s Motion to Stay Pending Reexamination. There being good cause to grant that Motion, it is hereby ORDERED that Defendants' Motion is GRANTED.

It is further ORDERED that, within 14 days from the date of entry of this Order, the Macmillan Defendants shall file with the Court a signed copy of the following stipulation:

> As a condition of the stay, Defendants may not argue invalidity at trial based on one or more prior art printed publications that were submitted by the petitioner in the reexamination proceedings. However, Defendants will be permitted to rely

for obviousness on the combination of a printed publication reference that was submitted by petitioner in the reexamination with prior art that was not so submitted.

It is ORDERED that, following the Court's lift of the stay in this action, the Macmillan Defendants shall have 20 days to file an Answer to Antor's latest Complaint for Patent Infringement.