IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | C. A. NO.: 2:07 CV 102 (DF) |
| | § | |
| METACAFE, INC., et al, | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING DEFENDANT YOUTUBE, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF ANTOR MEDIA CORPORATION'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

On this date came for consideration Defendant YouTube, Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to Plaintiff Antor Media Corporation's First Amended Complaint for Patent Infringement, and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant, YouTube, Inc., be and hereby is, GRANTED an extension of time within which to respond to Plaintiff, Antor Media Corporation's First Amended Complaint for Patent Infringement up to and including August 6, 2007 in the above cause.