IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
|    *PLAINTIFF,* | § | CIVIL ACTION NO. 2:07-CV-00102-DF |
| | § | JUDGE DAVID FOLSOM |
| v. | § | |
| | § | JURY DEMANDED |
| METACAFE, INC., ET AL. | § | |
|    *DEFENDANTS.* | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Kelley Conaty, enters her appearance in this matter for Defendants Macmillan Publishers Inc. and Macmillan Publishers, Ltd., for purposes of receiving notices and orders from the Court.

Dated: May 31, 2007                              Respectfully submitted,

**ATTORNEYS FOR DEFENDANTS**                     /s/ Kelley Conaty
**MACMILLAN PUBLISHERS, INC.**                   **KELLEY CONATY**
**AND MACMILLAN PUBLISHERS, LTD.**               Texas Bar No. 24040716
                                                 Email: kconaty@Sidley.com
                                                 **SIDLEY AUSTIN, L.L.P.**
                                                 717 North Harwood, Suite 3400
                                                 Dallas, Texas 75201
                                                 tel. 214-981-3300
                                                 fax 214-981-3400

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3):

                                                        /s/ Kelley Conaty