IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § § | 02:07CV102 |
| (1) METACAFE, INC. ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OPPOSED MOTION TO STAY PENDING REEXAMINATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Antor Media Corporation ("Antor"), and Defendants, MacMillan Publishers, Inc. and MacMillan Publishers, Ltd. (" the MacMillan Defendants"), subject to the approval of the Court, request as follows:

The MacMillan Defendants filed their Opposed Motion to Stay Pending Reexamination ("Motion") on May 22, 2007, and the response date for Antor is currently June 6, 2007. Antor and the MacMillan Defendants have agreed to an extension of time for Antor to file its Response to the MacMillan Defendants' Motion up to and including June 20, 2007.

Respectfully submitted this 4th day of June, 2007.

/s/ *Robert M. Chiaviello, Jr.*

Robert M. Chiaviello, Jr.,
Lead Attorney
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

S. Calvin Capshaw, III
Elizabeth L. DeRieux
Andrew W. Spangler
BROWN McCARROLL L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Otis W. Carroll
IRELAND CARROLL & KELLEY, PC
6101 South Broadway
Suite 500
Tyler, TX 75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

25779894.1