IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | 02:07CV102 |
| (1) METACAFE, INC. ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

## **ORDER**

Before the Court is the Unopposed Motion for Extension of Time for Plaintiff to Respond to MacMillan Publishers, Inc. and MacMillan Publishers, Ltd.'s Opposed Motion to Stay Pending Reexamination. Having considered the matter, the Court GRANTS the motion and extends the date for Antor Media Corporation to respond to Defendants MacMillan Publishers, Inc. and MacMillan Publishers, Ltd.'s Motion to Stay Pending Reexamination up to and including June 20, 2007.