IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | 02:07CV102 |
| (1) METACAFE, INC. ET AL. | § § § | JURY DEMAND |
| DEFENDANTS. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time for Plaintiff to Respond to MacMillan Publishers, Inc. and MacMillan Publishers, Ltd.'s Opposed Motion to Stay Pending Reexamination. Having considered the matter, the Court GRANTS the motion and extends the date for Antor Media Corporation to respond to Defendants MacMillan Publishers, Inc. and MacMillan Publishers, Ltd.'s Motion to Stay Pending Reexamination up to and including June 20, 2007.

**SIGNED this 7th day of June, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE