Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN -7 AM 10: 04

X EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # __02:07CV102__
Style: __Antor Media Corporation v. Metacafe, Inc., et al.__
2. Applicant is representing the following party/ies: __Digital Playground Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __June 11, 1990__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~/had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/~~has not been~~ disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__See Attachment A__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Becky V. Christensen__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6-04-07__     Signature __Becky V. Christensen__

## Attachment A
## Court Admissions for Becky V. Christensen, Esq.

**Admissions**
Admitted to the State Bar of California, June 11, 1990, State Bar No. 147013
Admitted to the State Bar of Washington (Inactive), October 27, 1983, State Bar No. 13453

Central District of California, August 10, 1990
United States Court of Appeals for the Ninth Circuit, August 28, 1995
United States Court of Appeals for the Federal Circuit, March 22, 1996
Northern District of California, September 12, 1995
Southern District of California, December 8, 2005

United States District Court for the Eastern District of Virginia- August 11, 2006 (*pro hac vice*)
United States District Court for the Northern District of Illinois – April 25, 2005 (*pro hac vice*)
United States District Court for the District of Delaware – January 12, 2005 (*pro hac vice*)
United States District Court for the Eastern District of Virginia – August 4, 2004 (*pro hac vice*)
United States District Court for the Western District of Washington, June 15, 2004 (*pro hae vice*)
United States District Court for the District of Massachusetts – April 21, 2004 (*pro hac vice*)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print) | Becky V. Christensen |
| State Bar Number | CA 149013 |
| Firm Name: | O'Connor Christensen & McLaughlin |
| Address/P.O. Box: | 1920 Main Street, Suite 150 |
| City/State/Zip: | Irvine, CA 92614 |
| Telephone #: | (949) 851-5000 |
| Fax #: | (949) 851-5051 |
| E-mail Address: | bchristensen@eclipsegrp.com |
| Secondary E-Mail Address: | rmeegan@eclipsegrp.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/7/07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 294-0002639

## United States District Court
for the
Eastern District of Texas at Marshall

Date: Thursday, June 7, 2007

Received from:

THE ECLIPSE GROUP
1920 MAIN ST STE 150
INVINE, CA 92614

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| | |
| **Total** | **$50.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check
Case or other reference: 2:07cv102 PHV PEREZ CHRISTENSEN
Comments: ck 20235

Received by: pa