# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANTOR MEDIA CORPORATION,** | )<br>) |
| **Plaintiff,** | )<br>)  **Civil Action No. 2:07-cv-102**<br>) |
| vs. | )<br>)  **Judge David Folsom**<br>) |
| **(1) METACAFE, INC.,**<br>**(2) GOOGLE, INC.,**<br>**(3) YOUTUBE, INC.,**<br>**(4) SONY PICTURES ENTERTAINMENT, INC.,**<br>**(5) SONY ELECTRONICS, INC.,**<br>**(6) SONY COMPUTER ENTERTAINMENT AMERICA, INC.,**<br>**(7) SONY BMG MUSIC ENTERTAINMENT GP,**<br>**(8) SONY CORPORATION,**<br>**(9) SONY CORPORATION OF AMERICA,**<br>**(10) GROUPER NETWORKS, INC.,**<br>**(11) GOTUIT MEDIA CORP.,**<br>**(12) DISCOVERY COMMUNICATIONS, INC.,**<br>**(13) MACMILLAN PUBLISHERS, INC.,**<br>**(14) MACMILLAN PUBLISHER, LTD.,**<br>**(15) PURE VIDEO NETWORKS, INC.,**<br>**(16) DIGITAL PLAYGROUND, INC.,**<br>**(17) NEW FRONTIER MEDIA, INC.,**<br>**(18) SBO PICTURES, INC.,**<br>**(19) VIVID ENTERTAINMENT, LLC,**<br>**(20) SUN MICROSYSTEMS, INC.,**<br>**(21) MLB ADVANCED MEDIA, L.P.** | )<br>)<br>)  **Jury Demand**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## GOTUIT MEDIA CORP.'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant, GOTUIT MEDIA CORP., files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as

- 2 -

additional counsel for GOTUIT MEDIA CORP. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 11, 2007                                                     Respectfully submitted,

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
**POTTER MINTON, PC**
110 N. College, 500 Plaza Tower
Tyler, TX 75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

Attorneys for DEFENDANT
GOTUIT & SONS COMPANY

Of Counsel:

Edward J. Kelly
Edward.Kelly@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

Dalila Argaez Wendlandt
Dalila.Wendlandt@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

10567273_1    W0328369.1 }

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 8, 2007.  Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Michael E. Jones
Michael E. Jones

10567273_1    W0328369.1 }

- 3 -