**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised 1/24/07

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN -7 AM 10: 04

TX EASTERN-MARSHALL

BY _____

1. This application is being made for the following: Case # __2:07-CV-00102-DF__
Style: __Antor Media Corp. v. Metacafe Inc. et al.__
2. Applicant is representing the following party/ies: __Digital Playground, Inc.__
3. Applicant was admitted to practice in __IL__ (state) on __11/9/1995__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Illinois, Northern District of Illinois__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Enrique Perez__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __June 6, 2007__　　Signature __[signature]__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Enrique Perez
State Bar Number: 6230026
Firm Name: The Eclipse Group
Address/P.O. Box: 100 Tri-State Int'L
City/State/Zip: Lincolnshire, IL 60069
Telephone #: 847.282.8552
Fax #: 847.574-8085
E-mail Address: ep@eclipsegrp.com
Secondary E-Mail Address: eperez@eclipsegrp.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/7/07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0002639

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Thursday, June 7, 2007

Received from:

THE ECLIPSE GROUP
1920 MAIN ST STE 150
INVINE, CA 92614

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX  | $50.00 |
| **Total** | **$50.00** |

Payment method: Check
Case or other reference: 2:07cv102  PHV PEREZ CHRISTENSEN
Comments: ck 20235

Received by: pa