Appendix K                                                              Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN 11 AM 11:09
TX EASTERN-MARSHALL
BY____

1. This application is being made for the following: Case # __07-CV-00102 DF__
Style: __Civil/Patent__
2. Applicant is representing the following party/ies: __Metacafe, Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __December 1993__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__All U.S. District Courts of California; All California State Courts; Court of Appeals; 9th Circuit__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, __PATRICK T. MICHAEL__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/6/07__        Signature _____

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) PATRICK T. MICHAEL
State Bar Number 169745
Firm Name: NIXON PEABODY LLP
Address/P O Box: One Embarcadero Center, #1800
City/State/Zip: San Francisco, CA 94111-3600
Telephone #: 415.984.8250
Fax #: 415.984.8300
E-mail Address: pmichael@nixonpeabody.com
Secondary E-Mail Address: klove@nixonpeabody.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/11/07

David J. Maland, Clerk
U.S District Court, Eastern District of Texas

By _____
Deputy Clerk