Appendix K                                                               Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN 11 AM 11:09
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __07-CV-00102 DF__
Style: __Civil/Patent__
2. Applicant is representing the following party/ies: __Metacafe, Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __December 2006__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
__All U.S. District Courts of California; All California state Courts__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __LAURA K. CARTER__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __6/6/07__                    Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __LAURA K. CARTER__
State Bar Number __244956__
Firm Name: __NIXON PEABODY LLP__
Address/P.O. Box: __One Embarcadero Center, #1800__
City/State/Zip: __San Francisco, CA 94111-3600__
Telephone #: __415.984.8200__
Fax #: __415.984.8300__
E-mail Address: __lcarter@nixonpeabody.com__
Secondary E-Mail Address: __ttualaulelei@nixonpeabody.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __6/11/07__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk