IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. |
| (1) METACAFE, INC., | § | **02:07CV102** |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | § § | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION, | § | |
| (9) SONY CORPORATION OF AMERICA, | § | |
| (10) GROUPER NETWORKS, INC., | § | |
| (11) GOTUIT MEDIA COPR., | § | JURY DEMAND |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) MACMILLAN PUBLISHER, LTD., | § | |
| (15) PURE VIDEO NETWORKS, INC., | § | |
| (16) DIGITAL PLAYGROUND, INC., | § | |
| (17) NEW FRONTIER MEDIA, INC., | § | |
| (18) SBO PICTURES, INC., | § | |
| (19) VIVID ENTERTAINMENT, LLC | § | |
| (20) SUN MICROSYSTEMS, INC. | § | |
| (21) MLB ADVANCED MEDIA, L.P. | § § | |
| DEFENDANTS. | § | |

**ORDER GRANTING ADDITIONAL TIME
FOR DEFENDANT NEW FRONTIER MEDIA, INC.
TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Unopposed Motion for Further Extension of Time for Defendant

New Frontier to Answer or Otherwise Respond.  Having considered the matter, the Court

1

2

GRANTS the motion and extends the date for New Frontier to answer or otherwise respond to

Plaintiff's Second Amended Complaint up to and including June 29, 2007.