IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 2-07-CV-102 DF |
| | ) |
| (1) METACAFE, INC., | ) |
| (2) GOOGLE, INC., | ) |
| (3) YOUTUBE, INC., | ) |
| (4) SONY PICTURES ENTERTAINMENT, INC., | ) TRIAL BY JURY |
| (5) SONY ELECTRONICS, INC., | ) DEMANDED |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | ) |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | ) |
| (8) SONY CORPORATION, | ) |
| (9) SONY CORPORATION OF AMERICA | ) |
| (10) GROUPER NETWORKS, INC., | ) |
| (11) GOTUIT MEDIA CORP., | ) |
| (12) DISCOVERY COMMUNICATIONS, INC., | ) |
| (13) MACMILLAN PUBLISHERS, INC., | ) |
| (14) MACMILLAN PUBLISHERS, LTD., | ) |
| (15) PURE VIDEO DIGITAL NETWORKS, INC., | ) |
| (16) DIGITAL PLAYGROUND, INC., | ) |
| (17) NEW FRONTIER MEDIA, INC., | ) |
| (18) SBO PICTURES, INC., | ) |
| (19) VIVID ENTERTAINMENT, LLC, | ) |
| (20) SUN MICROSYSTEMS, INC., | ) |
| (21) MLB ADVANCED MEDIA, LP | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jennifer L. Gregor, enters her appearance in this matter for Defendant MLB Advanced Media, L.P., for purposes of receiving notices and orders from the Court.

Respectfully Submitted,

Dated: June 14, 2007

   /s/ Jennifer L. Gregor

Guy N. Harrison
217 N. Center Street
P.O. Box 2845
Longview, Texas 75601
Tel: (903) 758-7361
Fax: (903) 753-9557
State Bar No. 00000077
E-mail: cj-gnharrison@att.net

Sharon R. Barner, Attorney-in-Charge
  Illinois State Bar No. 6192569
  Email: SBarner@foley.com

David R. Melton
  Illinois State Bar No. 1883267
  Email: DMelton@foley.com

Jennifer L. Gregor
  Illinois State Bar No. 6286281
  Email: JGregor@foley.com

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Phone: 312-832-4500
Fax: 312-832-4700

George C. Beck
  District of Columbia Bar No. 441979
  Email: GBeck@foley.com

FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

**Attorneys for Defendant
MLB Advanced Media, LP**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically sent via the Court's CM/ECF system to all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via U.S. Mail on June 14, 2007.

/s/ Jennifer L. Gregor
Jennifer L. Gregor