# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,                      )<br>                                                                    )<br>             Plaintiff,                                     )<br>                                                                    )<br>vs.                                                             )<br>                                                                    )<br>(1) METACAFE, INC.,                                )<br>(2) GOOGLE, INC.,                                   )<br>(3) YOUTUBE, INC.,                                 )<br>(4) SONY PICTURES ENTERTAINMENT, )<br>  INC.,                                                      )<br>(5) SONY ELECTRONICS, INC.,                )<br>(6) SONY COMPUTER ENTERTAINMENT )<br>  AMERICA, INC.,                                      )<br>(7) SONY BMG MUSIC ENTERTAINMENT )<br>  GP,                                                         )<br>(8) SONY CORPORATION,                         )<br>(9) SONY CORPORATION OF AMERICA, )<br>(10) GROUPER NETWORKS, INC.,             )<br>(11) GOTUIT MEDIA CORP.,                      )<br>(12) DISCOVERY COMMUNICATIONS, INC., )<br>(13) MACMILLAN PUBLISHERS, INC.,       )<br>(14) MACMILLAN PUBLISHER, LTD.,        )<br>(15) PURE VIDEO NETWORKS, INC.,         )<br>(16) DIGITAL PLAYGROUND, INC.,           )<br>(17) NEW FRONTIER MEDIA, INC.,           )<br>(18) SBO PICTURES, INC.,                          )<br>(19) VIVID ENTERTAINMENT, LLC,         )<br>(20) SUN MICROSYSTEMS, INC.,               )<br>(21) MLB ADVANCED MEDIA, L.P.           )<br>                                                                    )<br>             Defendants.                                  ) | **Civil Action No. 2:07-cv-102**<br><br>**Judge David Folsom**<br><br>**Jury Demand** |

## GOTUIT MEDIA CORP.'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant, GOTUIT MEDIA CORP., files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as

1

2

additional counsel for GOTUIT MEDIA CORP. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Date: June 19, 2007                                    Respectfully submitted

                                              By:     */s/ John F. Bufe*
                                                     JOHN F. BUFE
                                                     State Bar No. 03316930
                                                     johnbufe@potterminton.com
                                                   **POTTER MINTON, PC**
                                                   110 N. College, 500 Plaza Tower
                                                   Tyler, Texas 75702
                                                   Telephone:  (903) 597-831
                                                   Facsimile:  (903) 593-0846

                                             *Attorneys for Defendant*
                                             **GOTUIT & SONS COMPANY**

**Of Counsel:**

Edward J. Kelly
Edward.Kelly@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

Dalila Argaez Wendlandt
Dalila.Wendlandt@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

{VRT\7799\0001\W0328441.1 }

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 19, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

>*/s/ John F. Bufe*
>John F. Bufe

{VRT\7799\0001\W0328441.1 }