IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION,** | ) ) ) ) | **CIVIL ACTION NO. 2:07-CV-00102-DF** |
| Plaintiff, | ) ) | Honorable David Folsom |
| v. | ) ) ) | |
| **METACAFE, INC., ET AL.** | ) ) | |
| Defendants. | ) ) | |

**DIGITAL PLAYGROUND INC.'S NOTICE OF JOINING MACMILLAN PUBLISHERS, INC. AND MACMILLAN PUBLISHERS LTD.'S MOTION TO STAY PENDING REEXAMINATION**

Defendant Digital Playground, Inc.'s ("DPI") respectfully joins in the Motion to Stay Pending Reexamination, filed by Defendants Macmillan Publishers, Inc. and Macmillan Publishers Ltd., ("Macmillan Defendants") on May 22, 2207 (Docket No. 47-1).

For the reasons expressed in the Macmillan Defendants' motion to stay, DPI agrees that this case should be stayed pending reexamination of the patent-in-suit, and respectfully urges the Court to grant the motion.

Defendant Digital Playground Inc. agrees to the stipulation in the Court's Order in previous '961 patent cases as set forth in the Macmillan Defendants' Motion to Stay Pending Reexamination dated May 22, 2007 (Docket No. 47-1).

                                              Respectfully submitted,

Date: June 19, 2007                    /s/ Becky V. Christensen
                                                Becky V. Christensen (Lead Attorney)
                                                CA State Bar No. 147013
                                                O'CONNOR CHRISTENSEN & McLAUGHLIN
                                                Trial Division of the Eclipse Group LLP
                                                1920 Main Street, Suite 150
                                                Irvine, CA 92614
                                                Telephone: (949) 851-5000
                                                Facsimile:  (949) 851-5051
                                                bchristensen@eclipsegrp.com

                                                Enrique Perez
                                                ILL State Bar No. 6230026
                                                THE ECLIPSE GROUP LLP
                                                100 Tri-State International, Suite 128
                                                Lincolnshire, IL  60069
                                                Phone: (847) 282-3550
                                                Fax: (847) 574-8035
                                                eperez@eclipsegrp.com


                                                Kristi I. McCasland
                                                TX State Bar No. 13381030
                                                Greer, McCasland & Miller, LLP
                                                3512 Texas Blvd.
                                                Texarkana, TX 75503
                                                Telephone: (903) 791-9300
                                                Facsimile:  (903) 791-9301
                                                kmccasland@greermccasland.com

                                                ATTORNEYS FOR DEFENDANT
                                                DIGITAL PLAYGROUND, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 19th day of June, 2007. As of this date, all counsel of record has consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

      /s/ Rebecca Meegan
Rebecca Meegan

## CERTIFICATION OF CONFERENCE

In compliance with Local Rule CV-7(h), the undersigned counsel for Digital Playground, Inc., has conferred with counsel for Antor Media Corporation in a good faith attempt to resolve the matter without Court Intervention. Antor is opposed to this motion.

/s/ Becky V. Christensen