IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ANTOR MEDIA CORPORATION,** | CIVIL ACTION NO. 2:07-CV-00102-DF |
| **Plaintiff,** | Honorable David Folsom |
| v. | |
| **METACAFE, INC., ET AL.** | |
| **Defendants.** | |

**PROPOSED ORDER
TO STAY PENDING PATENT REEXAMINATION
[DIGITAL PLAYGROUND, INC.]**

This matter came before the Court on the Defendant Digitial Playground, Inc.'s Joinder in Defendant Macmillan Publishers, Inc.'s and Macmillan Publishers, Ltd.'s Motion to Stay Pending Reexamination. There being good cause to grant that Motion, it is hereby ORDERED that Defendants' Motion is GRANTED.

It is further ORDERED that, within 14 days from the date of entry of this Order, the Digital Playground, Inc. shall file with the Court a signed copy of the following stipulation:

> As a condition of the stay, Defendant Digital Playground, Inc. may not argue invalidity at trial based on one or more prior art printed publications that were submitted by the petitioner in the reexamination proceedings. However, Defendant Digital Playground, Inc. will be permitted to reply for obviousness on the combination of a printed publication reference that was submitted by petitioner in the reexamination with prior art that was not so submitted.

1