# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| (1) METACAFE, INC., § | | |
| (2) GOOGLE, INC., § | | |
| (3) YOUTUBE, INC., § | | |
| (4) SONY PICTURES ENTERTAINMENT, § INC., § | | |
| (5) SONY ELECTRONICS, INC., § | | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC. § | | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, § | CIVIL ACTION NO. 2:07-CV-102 | |
| (8) SONY CORPORATION, § | | |
| (9) SONY CORPORATION OF AMERICA, § | JURY DEMAND | |
| (10) GROUPER NETWORKS, INC., § | | |
| (11) GOTUIT MEDIA CORP., § | | |
| (12) DISCOVERY COMMUNICATIONS, INC., § | | |
| (13) MACMILLAN PUBLISHERS, INC., § | | |
| (14) MACMILLAN PUBLISHER, LTD., § | | |
| (15) PURE VIDEO NETWORKS, INC., § | | |
| (16) DIGITAL PLAYGROUND, INC., § | | |
| (17) NEW FRONTIER MEDIA, INC., § | | |
| (18) SBO PICTURES, INC., § | | |
| (19) VIVID ENTERTAINMENT, LLC § | | |
| (20) SUN MICROSYSTEMS, INC., and § | | |
| (21) MLB ADVANCED MEDIA, L.P., § | | |
| § | | |
| Defendants. § | | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, John M. Jackson, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant, Discovery Communications, Inc., for the purpose of receiving notices and orders from the Court.

**NOTICE OF ATTORNEY APPEARANCE** – PAGE 1

Respectfully submitted,

Dated: June 25, 2007

/s/ John M. Jackson
Robert P. Latham
State Bar No. 11975500
blatham@jw.com
John M. Jackson
TX State Bar No. 24002340
jjackson@jw.com
**Jackson Walker, L.L.P**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: 214.953.6109
Facsimile: 214.661.6645

Sean F. Rommel
State Bar No. 24011612
srommel@pattonroberts.com
**PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P**.
2900 St. Michael Drive, 4th Floor
Texarkana, Texas 75503
Telephone: 903.334.7000
Facsimile: 903.334.7007

**COUNSEL FOR DEFENDANT DISCOVERY COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2007.  Any other counsel of record will be served by first class mail.

/s/ John M. Jackson
John M. Jackson