Antor Media Corporation v. Metacafe, Inc.

Doc. 92

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANTOR MEDIA CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION** |
| ) | |
| **METACAFE, INC., et al.,** ) | **No. 2:07-CV-102** |
| ) | |
| **Defendants.** ) | |

### DISCOVERY COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Defendant Discovery Communications, Inc. files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint for Patent Infringement in this cause and would show unto the Court as follows:

1. Plaintiff filed its Complaint on March 27, 2007.

2. Plaintiff filed its First Amended Complaint on May 7, 2007, and sealed summons was issued by the Court directed to Defendant Discovery Communications, Inc. on June 6, 2007.

3. Defendant is in need of an extension of time to move, plead, answer or otherwise respond to Plaintiff's First Amended Complaint, to and including August 6, 2007.

4. Plaintiff does not oppose the relief requested in this motion.

WHEREFORE, Defendant Discovery Communications, Inc. respectfully requests this Court to grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, to and including August 6, 2007.

Respectfully submitted,

/s/ Sean F. Rommel
Sean F. Rommel
State Bar No. 24011612
**PATTON, ROBERTS, McWILLIAMS &CAPSHAW LLP**
2900 St. Michael Drive, 4th Floor
Texarkana, Texas 75503
Telephone: (903) 334-7000
Facsimile: (903) 334-7007


Robert P. Latham
Attorney-in-Charge
State Bar No. 11975500
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    (214) 953-6000
Direct:          (214) 953-6170
Facsimile:     (214) 953-5822
blatham@jw.com

Of Counsel:
John M. Jackson
State Bar No. 24002340
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    (214) 953-6000
Direct:          (214) 953-6170
Facsimile:     (214) 953-5822


**ATTORNEYS FOR DEFENDANT DISCOVERY COMMUNICATIONS, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with Counsel for Plaintiff regarding this motion, and Plaintiff has no opposition to the relief requested herein.

/s/ Sean F. Rommel
Sean F. Rommel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record by electronic filing on this 25th day of June, 2007.

/s/ Sean F. Rommel
Sean F. Rommel