IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| METACAFE, INC., et al., | ) | No. 2:07-CV-102 |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DISCOVERY COMMUNICATIONS, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED
COMPLAINT FOR PATENT INFRINGEMENT**

Came on to be considered this day Discovery Communications, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint for Patent Infringement. The Court, after reviewing the motion and noting no objection thereto, finds it is well taken and should be GRANTED. Therefore, it is hereby

ORDERED that Discovery Communications, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint is GRANTED. Further it is

ORDERED that Defendant Discovery Communications, Inc. shall have up to and including August 6, 2007, in which to answer or otherwise respond to Plaintiff's First Amended Complaint.

**SIGNED this 26th day of June, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE