IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § § PLAINTIFF, § § v. § (1) METACAFE, INC., § (2) GOOGLE, INC., § (3) YOUTUBE, INC., § (4) SONY PICTURES ENTERTAINMENT, INC., § (5) SONY ELECTRONICS, INC., § (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., § (7) SONY BMG MUSIC ENTERTAINMENT GP, § (8) SONY CORPORATION, § (9) SONY CORPORATION OF AMERICA, § (10) GROUPER NETWORKS, INC., § (11) GOTUIT MEDIA COPR., § (12) DISCOVERY COMMUNICATIONS, INC., § (13) MACMILLAN PUBLISHERS, INC., § (14) MACMILLAN PUBLISHER, LTD., § (15) PURE VIDEO NETWORKS, INC., § (16) DIGITAL PLAYGROUND, INC., § (17) NEW FRONTIER MEDIA, INC., § (18) SBO PICTURES, INC., § (19) VIVID ENTERTAINMENT, LLC, § (20) SUN MICROSYSTEMS, INC., § (21) MLB ADVANCED MEDIA, L.P., § § DEFENDANTS. § | CIVIL ACTION NO. 02:07CV102 JURY DEMAND |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME
FOR DEFENDANT NEW FRONTIER MEDIA, INC.
<u>TO ANSWER OR OTHERWISE RESPOND</u>**

Defendant New Frontier Media, Inc. ("New Frontier") files this unopposed motion for an additional extension of the time to answer or otherwise respond to Plaintiff's Second Amended Complaint and in support shows as follows:

1

1. On March 27, 2007, Plaintiff Antor Media Corporation ("Antor") filed its Original Complaint for patent infringement. Since that time, Antor has amended its complaint twice.

2. Antor obtained service of its Original Complaint on New Frontier on April 24, 2007.

3. On June 14, 2007, New Frontier requested and received an extension until June 29, 2007 to answer or otherwise respond to Antor's Second Amended Complaint. (*See* Order granting Unopposed Motion for Extension of Time, Docket No. 84.)

4. New Frontier seeks an additional thirty-day extension until July 30, 2007 in which to answer or otherwise respond.

4. Antor does not oppose this motion.

WHEREFORE, New Frontier requests that its deadline for filing an answer or otherwise responding to Antor's Second Amended Complaint be extended from June 29, 2007 to July 30, 2007, and New Frontier requests such other relief to which it may be entitled.

DATE: June 28, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

_R. Laurence Macon_
R. Laurence Macon
State Bar No. 12787500
300 Convent Street, Suite 1600
San Antonio, Texas 78205
(210) 281-7000 (telephone)
(210) 281-2035 (facsimile)

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke with Robert M. Chiaviello, Jr., counsel for Plaintiff, and he stated that Plaintiff does not oppose this motion.

_____
R. Laurence Macon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on June 28, 2007.

_____
R. Laurence Macon