IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| (1) METACAFE, INC., | § | **02:07CV102** |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | § | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION, | § | |
| (9) SONY CORPORATION OF AMERICA, | § | |
| (10) GROUPER NETWORKS, INC., | § | |
| (11) GOTUIT MEDIA COPR., | § | JURY DEMAND |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) MACMILLAN PUBLISHER, LTD., | § | |
| (15) PURE VIDEO NETWORKS, INC., | § | |
| (16) DIGITAL PLAYGROUND, INC., | § | |
| (17) NEW FRONTIER MEDIA, INC., | § | |
| (18) SBO PICTURES, INC., | § | |
| (19) VIVID ENTERTAINMENT, LLC | § | |
| (20) SUN MICROSYSTEMS, INC. | § | |
| (21) MLB ADVANCED MEDIA, L.P. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING FURTHER EXTENSION OF TIME
FOR DEFENDANT NEW FRONTIER MEDIA, INC.
<u>TO ANSWER OR OTHERWISE RESPOND</u>**

Before the Court is the Unopposed Motion for Further Extension of Time for Defendant

New Frontier to Answer or Otherwise Respond. Having considered the matter, the Court

GRANTS the motion and extends the date for New Frontier to answer or otherwise respond to Plaintiff's Second Amended Complaint up to and including July 30, 2007.