UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| Plaintiff, | § | No. 02:07cv102 |
| | § | |
| v. | § | |
| | § | JURY |
| METACAFE, INC., et al, | § | |
| | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

COMES NOW Kurt Truelove, of PATTON, TIDWELL & SCHROEDER, L.L.P., and hereby enters his appearance as attorney of record for Plaintiff in the above styled and numbered cause.

Respectfully Submitted,


By:     *Kurt Truelove*
        Kurt Truelove
        Texas Bar No. 24013653
        PATTON, TIDWELL & SCHROEDER, LLP
        4605 Texas Blvd.
        P.O. Box 5398
        Texarkana, Texas 75505-5398
        903.792.7080
        903.792.8233 (Facsimile)

        Attorney for Plaintiff Antor Media Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of July, 2007.


*/s/ Kurt Truelove*
Kurt Truelove