IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 02:07cv102 |
| | § | |
| SUN MICROSYSTEMS, INC., et al, | § | |
|     Defendants. | § | |

### NOTICE OF APPEARANCE OF JAMES C. TIDWELL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Defendant, Sun Microsystems, Inc., and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, James C. Tidwell; State Bar No. 20020100; of the law firm of Wolfe, Tidwell & McCoy, LLP; 123 N. Crockett St., Suite 100, Sherman, TX 75090; (903) 868-1933, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

    Respectfully submitted,

By: /s/ James C. Tidwell
    James C. Tidwell, SBN 20020100

WOLFE, TIDWELL, & McCOY, LLP
123 North Crockett St., Suite 100
Sherman, Texas  75090
(903) 868-1933
(903) 892-2397 FAX
E-mail: jct@wtmlaw.net; trt@wtmlaw.net

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on the 20th day of July, 2007.

                                                    /s/ James C. Tidwell
                                                    James C. Tidwell