2-1-2832

Appendix K

Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT
2007 JUL 26 PM 2:46
TX EASTERN-MARSHALL
BY__________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:07-CV-102

Style: Antor Media Corp. v. Metacafe, Inc., et al.

2. Applicant is representing the following party/ies: Google Inc.; YouTube, Inc. (properly) YouTube, LLC

3. Applicant was admitted to practice in CA (state) on 2004 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

United States Court of Appeals for the Federal Circuit; Northern District of California.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Tun-Jen Chiang do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date July 24, 2007 Signature [signature]

133/2175489.1

133/2175489.1

Dockets.Justia.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print) Tun-Jen Chiang
State Bar Number 235165
Firm Name: Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box: 555 Twin Dolphin Drive, Suite 560
City/State/Zip: Redwood Shores, CA 94065
Telephone #: Telephone: (650) 801 5000
Fax #: Facsimile: (650) 801 5100
E-mail Address: tjchiang@quinnemanuel.com
Secondary E-Mail Address: ______

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 7-26-07

DAVID J. MALAND, CLERK

______

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton
Deputy Clerk

**Receipt for Payment** Receipt No: 2-1-0002832

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Thursday, July 26, 2007**

Received from:

**Gillam & Smith LLP**
**303 S. Washington**
**Marshall, Tx 75670**

| **Account** | **Amount** |
|---|---|
| 6855XX | **$100.00** |
| **Total** | **$100.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07-cv-102**

Comments: **Ck# 2846 PHV for Doyle, Perlson, Chiang, Verhoeven**

Received by: **ch**