IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. |
| (1) METACAFE, INC., | § | **02:07CV102** |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | § § | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION, | § | |
| (9) SONY CORPORATION OF AMERICA, | § | |
| (10) GROUPER NETWORKS, INC., | § | |
| (11) GOTUIT MEDIA COPR., | § | JURY DEMAND |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) MACMILLAN PUBLISHER, LTD., | § | |
| (15) PURE VIDEO NETWORKS, INC., | § | |
| (16) DIGITAL PLAYGROUND, INC., | § | |
| (17) NEW FRONTIER MEDIA, INC., | § | |
| (18) SBO PICTURES, INC., | § | |
| (19) VIVID ENTERTAINMENT, LLC, | § | |
| (20) SUN MICROSYSTEMS, INC., | § | |
| (21) MLB ADVANCED MEDIA, L.P., | § § | |
| DEFENDANTS. | § | |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME
FOR DEFENDANT NEW FRONTIER MEDIA, INC.
<u>TO ANSWER OR OTHERWISE RESPOND</u>**

Defendant New Frontier Media, Inc. ("New Frontier") files this unopposed motion for an additional extension of the time to answer or otherwise respond to Plaintiff's Second Amended Complaint and in support shows as follows:

1.  New Frontier seeks an additional extension until August 13, 2007 in which to answer or otherwise respond to the Antor Media Corporation's Second Amended Complaint.

2.  Antor does not oppose this motion.

WHEREFORE, New Frontier requests that its deadline for filing an answer or otherwise respond to Antor's Second Amended Complaint be extended to August 13, 2007, and New Frontier requests such other relief to which it may be entitled.

DATE: August 1, 2007                              **AKIN GUMP STRAUSS HAUER & FELD LLP**

*[signature: R. Laurence Macon]*

R. Laurence Macon
State Bar No. 12787500
300 Convent Street, Suite 1600
San Antonio, Texas 78205
(210) 281-7000 (telephone)
(210) 281-2035 (facsimile)

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

2

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff does not oppose this motion.

*R. Laurence Macon*
R. Laurence Macon

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on August 1, 2007.

*R. Laurence Macon*
R. Laurence Macon

6120552 v1

3