# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METACAFE, INC., GOOGLE INC., YOUTUBE, INC., SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY BMG MUSIC ENTERTAINMENT GP, SONY CORPORATION, SONY CORPORATION OF AMERICA, GROUPER NETWORKS, INC., GOTUIT MEDIA CORP., DISCOVERY COMMUNICATIONS, INC., MACMILLAN PUBLISHERS, INC., MACMILLAN PUBLISHERS, LTD., PURE VIDEO NETWORKS, INC., DIGITAL PLAYGROUND, INC., NEW FRONTIER MEDIA, INC., SBO PICTURES, INC., VIVID ENTERTAINMENT, LLC, SUN MICROSYSTEMS, INC., and MLB ADVANCED MEDIA, L.P.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 02:07CV102<br><br>JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE

COMES NOW Randall T. Garteiser, of Quinn Emanuel Urquhart Oliver & Hedges, LLP, and hereby enters his appearance as attorney of record for Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment, and Grouper Networks, Inc. in the above styled and numbered cause.

DATED:  August 1, 2007

By  /s/ *Randall T. Garteiser*
Randall T. Garteiser
Texas Bar No. 24038912 (admitted in E.D. Tex.)
randygarteiser@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment, and Grouper Networks, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, August 1, 2007, with a copy of **NOTICE OF APPEARANCE** via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).


          /s/ *Sophia Pope*
          SOPHIA POPE