## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | |
| § | | |
| (1) METACAFE, INC., § | | |
| (2) GOOGLE, INC., § | | |
| (3) YOUTUBE, INC., § | | |
| (4) SONY PICTURES ENTERTAINMENT, § | | |
| INC., § | | |
| (5) SONY ELECTRONICS, INC., § | | |
| (6) SONY COMPUTER § | | |
| ENTERTAINMENT AMERICA, INC. § | | |
| (7) SONY BMG MUSIC § | | |
| ENTERTAINMENT GP, § | CIVIL ACTION NO. 2:07-CV-102 | |
| (8) SONY CORPORATION, § | | |
| (9) SONY CORPORATION OF AMERICA, § | JURY DEMAND | |
| (10) GROUPER NETWORKS, INC., § | | |
| (11) GOTUIT MEDIA CORP., § | | |
| (12) DISCOVERY COMMUNICATIONS, § | | |
| INC., § | | |
| (13) MACMILLAN PUBLISHERS, INC., § | | |
| (14) MACMILLAN PUBLISHER, LTD., § | | |
| (15) PURE VIDEO NETWORKS, INC., § | | |
| (16) DIGITAL PLAYGROUND, INC., § | | |
| (17) NEW FRONTIER MEDIA, INC., § | | |
| (18) SBO PICTURES, INC., § | | |
| (19) VIVID ENTERTAINMENT, LLC § | | |
| (20) SUN MICROSYSTEMS, INC., and § | | |
| (21) MLB ADVANCED MEDIA, L.P., § | | |
| § | | |
| Defendants. § | | |

## CORPORATE DISCLOSURE STATEMENT OF DISCOVERY COMMUNICATIONS, INC.

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant Discovery Communications, Inc., now known as Discovery Communications LLC ("Discovery"), hereby advises that its parent corporation is Discovery Holding Co. ("DHC"). DHC is a publicly-traded corporation whose

stock is traded on the NASDAQ under ticker symbols DISCA and DISCB.  DHC is the only publicly-traded company that owns more than 10% of Discovery.

                                                Respectfully submitted,

Dated: August 6, 2007               /s/ Robert P. Latham
                                             Robert P. Latham
                                             Texas State Bar No. 11975500
                                             John M. Jackson
                                             Texas State Bar No. 24002340
                                             JACKSON WALKER, LLP
                                             901 Main Street, Suite 6000
                                             Dallas, Texas  75202
                                             (214) 953-6109
                                             (214) 661-6645 - Fax
                                             Email: blatham@jw.com
                                             Email: jjackson@jw.com

                                             Sean Fletcher Rommel
                                             Texas State Bar No. 24011612
                                             PATTON, ROBERTS, McWILLIAMS &
                                             CAPSHAW, L.L.P.
                                             P. O. Box 6128
                                             Texarkana, TX 75505
                                             (903) 334-7000
                                             (903) 334-7007 - Fax
                                             Email:  srommel@pattonroberts.com

                                             **ATTORNEYS FOR DEFENDANT**
                                             **DISCOVERY, COMMUNICATIONS INC.**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 6, 2007.  Any other counsel of record will be served by first class mail.

                                             /s/ Robert P. Latham
                                             Robert P. Latham