```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                  MARSHALL DIVISION

ANTOR MEDIA CORPORATION,     §
                             §
          PLAINTIFF,         §
                             §
VS.                          §  CIVIL ACTION NO: 02:07cv102
                             §
METACAFE, INC., et al.,      §
                             §  JURY TRIAL DEMANDED
          DEFENDANTS.        §
```

### NOTICE OF APPEARANCE OF G. WILLIAM LAVENDER FOR DEFENDANT METACAFE, INC.

COMES NOW Defendant Metacafe, Inc. and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, G. William Lavender of the law firm Lavender Law, P.O. Box 1938, Texarkana, TX 75504-1938, 210 N. State Line Ave., Suite 503, Texarkana, AR 71854, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: August 6, 2007.

Respectfully submitted,

/s/ G. William Lavender
G. William Lavender
LAVENDER LAW
P.O. Box 1938
Texarkana, TX 75504-1938
210 N. State Line Ave., Suite 503
Texarkana, AR  71854
870-773-3187 (Telephone)
870-773-3181 (Facsimile)
blav@lavenderlaw.com

ATTORNEY FOR DEFENDANT
METACAFE, INC.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of August, 2007. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    /s/ G. William Lavender