IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SBO PICTURES, INC. AND VIVID ENTERTAINMENT, L.L.C. TO ANSWER OR OTHERWISE RESPOND

TO THE HONORABLE JUDGE OF SAID COURT:

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Antor Media Corporation ("Antor"), and Defendants SBO Pictures, Inc. ("SBO") and Vivid Entertainment, L.L.C. ("Vivid"), subject to the approval of the Court, as follows:

On March 27, 2007, Antor filed its Original Complaint for Patent Infringement. Antor filed its First Amended Complaint and subsequently obtained service on Defendants SBO and Vivid. Antor, SBO and Vivid have agreed to an extension of time for SBO and Vivid to answer or otherwise respond, which extends the deadline to August 13, 2007.

Respectfully submitted this 6th day of August, 2007.

        /s/ Robert M. Chiaviello, Jr.

Robert M. Chiaviello, Jr.,
Lead Attorney
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

S. Calvin Capshaw, III
Elizabeth L. DeRieux
Andrew W. Spangler
BROWN McCARROLL L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Otis W. Carroll
IRELAND CARROLL & KELLEY, PC
6101 South Broadway
Suite 500
Tyler, TX  75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

25802142.1