IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| (1) METACAFE, INC., ET AL. | § § § | JURY DEMAND |
| DEFENDANTS. | § § | |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS SBO PICTURES, INC. AND VIVID ENTERTAINMENT, L.L.C. TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Stipulation for Extension of Time for Defendants SBO Pictures, Inc. and Vivid Entertainment, L.L.C. to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendants SBO Pictures, Inc. and Vivid Entertainment, L.L.C. to answer or otherwise respond to Plaintiff's First Amended Complaint to and including August 13, 2007.