IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 2:07-CV-00102 DF |
| METACAFE, INC., et al. | § § | DEMAND FOR JURY TRIAL |
| Defendants. | § § § | |

### DEFENDANT METACAFE INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Metacafe Inc. ("Metacafe") hereby states that it has no parent corporation. Metacafe further states that there is no publicly held corporation that owns 10% or more of Metacafe's stock.

Respectfully submitted this 6th day of August, 2007.

/s/ Patrick T. Michael

Patrick T. Michael, Lead Attorney
(*Pro Hac Vice*)
California Bar No. 169745
Email: pmichael@nixonpeabody.com
Laura K. Carter
(*Pro Hac Vice*)
California Bar No. 244956
Email: lcarter@nixonpeabody.com

NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

G. William Lavender
Texas Bar No. 11999590
Email: blav@lavenderlaw.com

LAVENDER LAW
Post Office Box 1938
Texarkana, TX 75504-1938
Telephone: (870) 773-3187
Facsimile: (870) 773-3181

**ATTORNEYS FOR DEFENDANT
METACAFE, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this *6th of August, 2007*, with a true and correct copy of the foregoing document(s) via the Court's CM/ECF System pursuant to Local Rule CV-5(a)(3) and in compliance with the Federal Rules of Civil Procedure 5(d). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Patrick T. Michael
Patrick T. Michael