I<small>N</small> THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| V. | §    C. A. NO.: 2:07 CV 102 (DF) |
| | § |
| METACAFE, INC., et al, | § |
| | § |
| *Defendants.* | § |

## DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Dated: August 6, 2007

                              Respectfully submitted,

                              __/s/__ Charles K. Verhoeven_____
                              Charles K. Verhoeven
                              Charlesverhoeven@quinnemanuel.com
                              David A. Perlson
                              davidperlson@quinemanuel.com
                              QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
                              50 California Street, 22nd Floor
                              San Francisco, California  94111
                              Phone:  415-875-6600
                              Facsimile:  415-875-6700

                              ATTORNEYS FOR DEFENDANTS
                              GOOGLE INC. AND YOUTUBE, LLC.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 6th day of July, 2007.

                                                                                   __/s/__ Charles K. Verhoeven__
                                                                                          Charles K. Verhoeven