## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | C. A. NO.: 2:07 CV 102 (DF) |
| | § | |
| METACAFE, INC., et al, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT YOUTUBE, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant, YouTube, LLC (incorrectly sued as YouTube, Inc.), having its principal place of business at 1000 Cherry Avenue, San Bruno, California 94066, by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1, hereby states that: YouTube, LLC is a wholly-owned subsidiary of Google Inc. YouTube, Inc. no longer exists as a corporate entity. Google Inc. is publicly traded on the NASDAQ National Market. No publicly traded company owns 10% or more of the stock of Google Inc.

Dated: August 6, 2007

Respectfully submitted,

__/s/    Charles K. Verhoeven_____
Charles K. Verhoeven
Charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinemanuel.com
QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111

Dockets.Justia.com

Phone:  415-875-6600
Facsimile:  415-875-6700

ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 6th day of July, 2007.

    /s/    Charles K. Verhoeven    
            Charles K. Verhoeven