IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>    *Plaintiff*,<br><br>V.<br><br>METACAFE, INC., et al,<br><br>    *Defendants*.<br><br>And Related Counterclaims. | CIVIL ACTION NO. 02:07CV102<br><br>JURY TRIAL REQUESTED |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS SONY PICTURES ENTERTAINMENT INC., SONY ELECTRONICS INC., SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY BMG MUSIC ENTERTAINMENT AND CRACKLE, INC.

Sony Pictures Entertainment Inc.: Pursuant to Fed. R. Civ. P. 7.1, defendant Sony Pictures Entertainment Inc. states that it is an indirect subsidiary of Sony Corporation. Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.

Sony Electronics Inc.: Pursuant to Fed. R. Civ. P. 7.1, defendant Sony Electronics Inc. states that it is an indirect subsidiary of Sony Corporation. Sony Corporation is a Japanese Corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.

<u>Sony Computer Entertainment America Inc.</u>:  Pursuant to Fed. R. Civ. P. 7.1, defendant Sony Computer Entertainment America Inc. states that it is an indirect subsidiary of Sony Corporation. Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.

<u>Sony BMG Music Entertainment.</u>:  Pursuant to Fed. R. Civ. P. 7.1, defendant Sony BMG Music Entertainment (erroneously sued as Sony BMG Music Entertainment GP) states that Sony Pictures Entertainment Inc. and Bertelsmann A.G. both hold a 50% interest in Sony BMG Music Entertainment.

<u>Crackle, Inc.</u>:  Pursuant to Fed. R. Civ. P. 7.1, defendant Crackle Inc. (formerly known as Grouper Networks, Inc.) states that it is an indirect subsidiary of Sony Corporation.  Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.

DATED:  August 6, 2007            Respectfully submitted,

By /s/ Kevin P.B. Johnson
Attorney In Charge
Kevin P.B. Johnson (admitted *pro hac vice*)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment, and Crackle, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, August 6, 2007, with a copy of Rule 7.1 Corporate Disclosure Statement For Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment And Crackle, Inc. via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                              /s/ Kevin P.B. Johnson