**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2007 AUG -6 AM 10: 02
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __02:07CV102__ BY ____
Style: __Antor Media Corp. v. Metacafe, Inc. et al.__
2. Applicant is representing the following party/ies: __SBO Pictures, Inc. and Vivid Entertainment, LLC__
3. Applicant was admitted to practice in __NY__ (state) on __2/20/1973__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
__see attached__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Paul J. Cambria, Jr.__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/3/07__   Signature ____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Paul J. Cambria, Jr.
State Bar Number: 1430909
Firm Name: Lipsitz Green Scime Cambria LLP
Address/P.O. Box: 42 Delaware Ave., Suite 120
City/State/Zip: Buffalo, NY 14202
Telephone #: 716-849-1333
Fax #: 716-855-1580
E-mail Address: pcambria@lglaw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/6/07

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## PAUL J. CAMBRIA, JR., ESQ.

| COURTS ADMITTED TO PRACTICE | DATE ADMITTED |
|---|---|
| United States Supreme Court | June 19, 1978 |
| Second Circuit Court of Appeals | September 1, 1978 |
| Third Circuit Court of Appeals | June 13, 1984 |
| Fourth Circuit Court of Appeals | February 12, 1986 |
| Fifth Circuit Court of Appeals | June 22, 1987 |
| Sixth Circuit Court of Appeals | October 9, 1987 |
| Tenth Circuit Court of Appeal | February 15, 2006 |
| Eleventh Circuit Court of Appeals | January 19, 1988 |
| United States District Court for the Northern District of Ohio | August 23, 1985 |
| United States District Court for the Northern District of New York | October 7, 1980 |
| United States District Court for the Northern District of California | January 12, 1982 |
| United States District Court for the Western District of New York | February 23, 1973 |
| United States District Court for the Southern District of New York | August 15, 1988 |
| United States District Court for the Eastern District of New York | December 26, 1985 |
| New York State Supreme Court, Appellate Division, Fourth Department | February 20, 1973 |
| United States Court of Appeals District of Columbia Circuit | April 15, 2003 |

# Receipt for Payment

Receipt No: 23-000287

## United States District Court

for the

Eastern District of Texas at Marshall

Date:      Tuesday, August 7, 2007

Received from:

**LIPSITZ GREEN**

**BUFFALO, NY 14202**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:     Check

Case or other reference:     2:07cv102 PHV CAMBRIA

Comments:     ck 153713

Received by:     **pa**