IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § § | CIVIL ACTION NO. |
| V. | § § | **02:07CV102** |
| METACAFE, INC. ET AL. | § § § | JURY DEMAND |
| DEFENDANTS. | § § | |

## **CORPORATE DISCLOSURE OF ANTOR MEDIA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Antor Media Corporation ("Antor") represents that:

1. Antor's corporate parent is Antor Corporation.

2. No publicly held company owns ten percent or more of Antor.

Respectfully submitted this 8th day of August, 2007.

                                          */s/ Robert M. Chiaviello, Jr.*
                                      Robert M. Chiaviello, Jr., Attorney-in-Charge
                                      Texas Bar No. 04190720
                                      Email: bobc@fulbright.com
                                      Brett C. Govett
                                      Texas Bar No. 08235900
                                      Email: bgovett@fulbright.com

                                      FULBRIGHT & JAWORSKI L.L.P.
                                      2200 Ross Avenue, Suite 2800
                                      Dallas, Texas 75201-2784
                                      Telephone: (214) 855-8000
                                      Facsimile: (214) 855-8200

                                      COUNSEL FOR PLAINTIFF
                                      ANTOR MEDIA CORPORATION

OF COUNSEL

| | |
|---|---|
| S. Calvin Capshaw, III<br>Elizabeth L. DeRieux<br>Andrew W. Spangler<br>BROWN McCARROLL L.L.P.<br>1127 Judson Road, Suite 220<br>Longview, TX 75601<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787 | T. John Ward, Jr.<br>LAW OFFICE OF T. JOHN WARD, JR., P.C.<br>109 W. Tyler<br>Longview, TX 75601<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323 |
| Nicholas H. Patton<br>J. Kurt Truelove<br>PATTON, TIDWELL & SCHROEDER, L.L.P.<br>4605 Texas Blvd.<br>Texarkana, TX 75503<br>Telephone: (903) 792-7080<br>Facsimile: (903) 792-8233 | Otis W. Carroll<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>Tyler, TX 75711<br>Telephone: (903) 561-1600<br>Facsimile: (903) 581-1071 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on August 8, 2007.

*/s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello