IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>*Plaintiff*,<br><br>V.<br><br>METACAFE, INC., et al.,<br><br>*Defendants*.<br><br>And Related Counterclaims. | CIVIL ACTION NO. 02:07CV102<br><br>JURY TRIAL REQUESTED |

## CORRECTED RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT SONY BMG MUSIC ENTERTAINMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Sony BMG Music Entertainment (erroneously sued as Sony BMG Music Entertainment GP) states that Sony Corporation of America and Bertelsmann A.G. both hold a 50% interest in Sony BMG Music Entertainment.

DATED:  August 10, 2007              Respectfully submitted,

By  /s/  Kevin P.B. Johnson
Kevin P.B. Johnson (admitted *pro hac vice*)
Attorney In Charge
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
kevinjohnson@quinnemanuel.com

Melvin R. Wilcox, III (State Bar No. 21454800)
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
PO Box 3343
Longview, Texas 75606
Telephone:  (903) 232-1892
Facsimile:  (903) 232-1881
mrw@smeadlaw.com

Attorneys for Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment, and Crackle, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, August 10, 2007, with a copy of Corrected Rule 7.1 Disclosure Statement For Defendant Sony BMG Music Entertainment via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).


           /s/  Kevin P.B. Johnson