IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 2-07-CV-102 DF |
| | ) | |
| METACAFE, INC., ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF MLB ADVANCED MEDIA, L.P.

Pursuant to Federal Rule of Civil Procedure 7.1, MLB Advanced Media, L.P. ("MLBAM") represents that:

1. MLBAM is a limited partnership organized under the laws of the State of Delaware whose partners consist of MLB Advanced Media, Inc., and MLB Media Holdings, L.P. ("MLBMH").

2. There is no publicly held corporation that owns 10% or more of the stock of MLBAM, MLBMH, or MLB Advanced Media, Inc.

Respectfully Submitted,

Dated:   August 13, 2007                    /s/  Jennifer L. Gregor
                                            Guy N. Harrison
                                            217 N. Center Street
                                            P.O. Box 2845
                                            Longview, Texas 75601
                                            Tel: (903) 758-7361
                                            Fax: (903) 753-9557
                                            State Bar No. 00000077
                                            E-mail: cj-gnharrison@att.net

CHIC_1608699.1

        Sharon R. Barner, Attorney-in-Charge
          Illinois State Bar No. 6192569
          Email: SBarner@foley.com

        David R. Melton
          Illinois State Bar No. 1883267
          Email: DMelton@foley.com

        Jennifer L. Gregor
          Illinois State Bar No. 6286281
          Email: JGregor@foley.com

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Phone: 312-832-4500
Fax: 312-832-4700

George C. Beck
   District of Columbia Bar No. 441979
   Email: GBeck@foley.com

FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

**Attorneys for Defendant**
**MLB Advanced Media, LP**

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on August 13, 2007 via the Court's CM/ECF system in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A).

/s/ Jennifer L. Gregor
Jennifer L. Gregor
