IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. 02:07CV102 |
| (1) METACAFE, INC., | § | |
| (2) GOOGLE, INC., | § | |
| (3) YOUTUBE, INC., | § | |
| (4) SONY PICTURES ENTERTAINMENT, INC., | § | |
| (5) SONY ELECTRONICS, INC., | § | |
| (6) SONY COMPUTER ENTERTAINMENT AMERICA, INC., | § § | |
| (7) SONY BMG MUSIC ENTERTAINMENT GP, | § | |
| (8) SONY CORPORATION, | § | |
| (9) SONY CORPORATION OF AMERICA, | § | |
| (10) GROUPER NETWORKS, INC., | § | |
| (11) GOTUIT MEDIA CORP., | § | |
| (12) DISCOVERY COMMUNICATIONS, INC., | § | |
| (13) MACMILLAN PUBLISHERS, INC., | § | |
| (14) MACMILLAN PUBLISHER, LTD., | § | |
| (15) PURE VIDEO NETWORKS, INC., | § | |
| (16) DIGITAL PLAYGROUND, INC., | § | |
| (17) NEW FRONTIER MEDIA, INC., | § | |
| (18) SBO PICTURES, INC., | § | |
| (19) VIVID ENTERTAINMENT, LLC, | § | |
| (20) SUN MICROSYSTEMS, INC., | § | |
| (21) MLB ADVANCED MEDIA, L.P., | § § | |
| DEFENDANTS. | § | |

### NEW FRONTIER MEDIA INC.'S STIPULATION FOR A STAY PENDING REEXAMINATION

Defendant New Frontier Media, Inc. ("New Frontier") stipulates as follows for a stay of this action pending a final determination of patentability by the United States Patent and Trademark Office ("PTO") on the *ex parte* reexamination of the patent-in-suit, U.S. Patent No. 5,734,961 ("the '961 Patent"):

EXHIBIT "B"

2

The parties agree that the stay will be granted only on condition that New Frontier agrees not to challenge the '961 patent based on any prior art printed publications that were considered in the reexamination process.

DATE:  August ____, 2007                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

_____
R. LAURENCE MACON
State Bar No. 12787500
300 Convent Street, Suite 1600
San Antonio, Texas 78205
(210) 281-7000 (telephone)
(210) 281-2035 (facsimile)

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

684466.0003 WEST  6125697 v1