Appendix K

Revised: 1/24/07

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 16 2007

DAVID J. MALAND, CLERK
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Receipt # 1-1-4623

1. This application is being made for the following: Case # __2:07 CV 102 DF__
Style: __Antor Media Corporation v. Metacafe, Inc., et al.__
2. Applicant is representing the following party/ies: __SBO Pictures, Inc. dba Wicked Pictures; Vivid Entertainment LLC__
3. Applicant was admitted to practice in __California__ (state) on __12/6/95__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant (has)/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant (has)/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant (has)/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Northern Dist. Illinois, District of Colorado, Central Dist. Calif., Southern Dist of CA, State of NV__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Victor M. Felix__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/16/07__    Signature __Victor M. Felix__

Antor Media Corporation v. Metacafe, Inc.    Doc. 131

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Victor M. Felix
State Bar Number California 179622  NV. 5948
Firm Name: Procopio Cory Hargreaves & Savitch LLP
Address/P.O. Box: 530 B Street, Suite 2100
City/State/Zip: San Diego CA 92101
Telephone #: 619.238.1900
Fax #: 619.235.0398
E-mail Address: vmf@procopio.com
Secondary E-Mail Address: taz@procopio.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/16/07

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 1-1-0004623

## United States District Court
for the
Eastern District of Texas at Beaumont

Date: Thursday, August 16, 2007

Received from:

Procopio, Cory, Hargreaves & Savitch LLP
ATTN: Anthony J. Dain
530 B Street, Ste 2100
San Diego, CA. 92101-4469

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| Total | $75.00 |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Credit card

Case or other reference: 2:07cv102 Antor v Metacafe Inc

Comments: phv applications for attorneys:
Anthony Dain
Frederic Ludwigh, III
Victor Felix
Paid by credit card

Received by: aam