# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION,<br><br>                     Plaintiff,<br><br>v.<br><br>(1) METACAFE, INC.,<br>(2) GOOGLE, INC.,<br>(3) YOUTUBE, INC.,<br>(4) SONY PICTURES ENTERTAINMENT, INC.,<br>(5) SONY ELECTRONICS, INC.,<br>(6) SONY COMPUTER ENTERTAINMENT AMERICA, INC.,<br>(7) SONY BMG MUSIC ENTERTAINMENT GP,<br>(8) SONY CORPORATION<br>(9) SONY CORPORATION OF AMERICA,<br>(10) GROUPER NETWORKS, INC.,<br>(11) GOTUIT MEDIA CORP.,<br>(12) DISCOVERY COMMUNICATIONS, INC.,<br>(13) MACMILLAN PUBLISHERS, INC.,<br>(14) MACMILLAN PUBLISHERS, LTD.,<br>(15) PURE VIDEO NETOWRKS, INC.,<br>(16) DIGITAL PLAYGROUND, INC.,<br>(17) NEW FRONTER MEDIA, INC.,<br>(18) SBO PICTURES, INC.,<br>(19) VIVID ENTERTAINMENT, LLC,<br>(20) SUN MICROSYSTEMS, INC.,<br>(21) MLB ADVANCED MEDIA, L.P.<br><br>                     Defendants. | Civil Action No. 2:07-cv-102 DF |

## DEFENDANT AND COUNTERCLAIMANT VIVID ENTERTAINMENT, LLC'S
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Vivid Entertainment, LLC hereby states that it has no parent corporation, and no publicly held corporation owns any stock in Vivid Entertainment, LLC.

115095.000001/734799.01

| | |
|---|---|
| Dated: August 16, 2007 | By: /s/ *Anthony J. Dain* <br> Anthony J. Dain, *pro hac vice* pending <br> California Bar No. 98947 <br> Email: ajd@procopio.com <br> Victor M. Felix, *pro hac vice* pending <br> California Bar No. <br> Email: vmf@procopio.com <br> Frederic G. Ludwig, III, *pro hac vice* pending <br> California Bar No. 205332 <br> Email: fgl@procopio.com <br> PROCOPIO CORY HARGREAVES <br>  & SAVITCH, LLP <br> 530 B Street, Suite 2100 <br> San Diego, CA 92101 <br> Telephone: 619.238.1900 <br> Facsimile: 619.235.0398 <br> <br> ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT VIVID ENTERTAINMENT, LLC |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2007 via the Court's CM/ECF system in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A).

                                                                            /s/ *Anthony J. Dain*
                                                                             Anthony J. Dain