## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ANTOR MEDIA CORPORATION,

               Plaintiff,

v.

(1) METACAFE, INC.,
(2) GOOGLE, INC.,
(3) YOUTUBE, INC.,
(4) SONY PICTURES ENTERTAINMENT, INC.,          Civil Action No. 2:07-cv-102 DF
(5) SONY ELECTRONICS, INC.,
(6) SONY COMPUTER ENTERTAINMENT
AMERICA, INC.,
(7) SONY BMG MUSIC ENTERTAINMENT GP,
(8) SONY CORPORATION
(9) SONY CORPORATION OF AMERICA,
(10) GROUPER NETWORKS, INC.,
(11) GOTUIT MEDIA CORP.,
(12) DISCOVERY COMMUNICATIONS, INC.,
(13) MACMILLAN PUBLISHERS, INC.,
(14) MACMILLAN PUBLISHERS, LTD.,
(15) PURE VIDEO NETOWRKS, INC.,
(16) DIGITAL PLAYGROUND, INC.,
(17) NEW FRONTER MEDIA, INC.,
(18) SBO PICTURES, INC.,
(19) VIVID ENTERTAINMENT, LLC,
(20) SUN MICROSYSTEMS, INC.,
(21) MLB ADVANCED MEDIA, L.P.

               Defendants.

## DEFENDANT AND COUNTERCLAIMANT SBO PICTURES, INC.'S
## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant SBO Pictures, Inc. hereby states that it has no parent corporation, and no publicly held corporation owns any stock in SBO Pictures, Inc.

Dockets.Justia.com

Dated:  August 17, 2007

By:    /s/ *Frederic G. Ludwig, III*
Anthony J. Dain, *pro hac vice* pending
California Bar No.  98947
Email: ajd@procopio.com
Victor M. Felix, *pro hac vice* pending
California Bar No.
Email: vmf@procopio.com
Frederic G. Ludwig, III, *pro hac vice* pending
California Bar No.  205332
Email: fgl@procopio.com
PROCOPIO CORY HARGREAVES
  & SAVITCH, LLP
530 B Street, Suite 2100
San Diego, CA 92101
Telephone:  619.238.1900
Facsimile:  619.235.0398

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIMANT SBO PICTURES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed electronically on August 17, 2007 via the Court's CM/ECF system in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A).

 /s/ *Frederic G. Ludwig,III*
Anthony J. Dain

SBO PICTURES, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT