IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § | |
| *PLAINTIFF,* | § | CIVIL ACTION NO. 2:07-CV-00102-DF |
| | § | JUDGE DAVID FOLSOM |
| v. | § | |
| | § | JURY DEMANDED |
| METACAFE, INC., ET AL. | § | |
| *DEFENDANTS.* | § | |

**DEFENDANTS MACMILLAN PUBLISHERS, INC.'S AND MACMILLAN PUBLISHERS LTD.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendants Macmillan Publishers, Inc. and Macmillan Publishers Ltd. ("the Macmillan Defendants") file this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and disclose the following parent companies:

- Macmillan Publishers Holdings Limited (parent of Macmillan Publisher's Inc.), and

- Macmillan Limited (parent company of Macmillan Publishers Ltd.).

Both Macmillan Publishers Holdings Limited and Macmillan Limited are privately-held companies of the United Kingdom. There is no publicly held corporation that owns 10% or more of the stock of either Macmillan Publishers, Inc. or Macmillan Publishers Ltd.

Dated: August 20, 2007          Respectfully submitted,

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANTS** <br> **MACMILLAN PUBLISHERS, INC.** <br> **AND MACMILLAN PUBLISHERS LTD.** | /s/ Li Chen <br> **LI CHEN** <br> ATTORNEY-IN-CHARGE <br> Texas Bar No. 24001142 <br> Email: LChen@Sidley.com <br> **KELLEY CONATY** <br> Texas Bar No. 24040716 <br> Email: kconaty@Sidley.com <br> **SIDLEY AUSTIN, L.L.P.** <br> 717 North Harwood, Suite 3400 <br> Dallas, Texas 75201 <br> tel. 214-981-3300 <br> fax 214-981-3400 |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3):

                                                                   s/Kelley Conaty