IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) METACAFE, INC., )<br>(2) GOOGLE, INC., )<br>(3) YOUTUBE, INC., )<br>(4) SONY PICTURES ENTERTAINMENT, INC., )<br>(5) SONY ELECTRONICS, INC., )<br>(6) SONY COMPUTER ENTERTAINMENT )<br>   AMERICA, INC. )<br>(7) SONY BMG MUSIC ENTERTAINMENT GP, )<br>(8) SONY CORPORATION )<br>(9) SONY CORPORATION OF AMERICA )<br>(10) GROUPER NETWORKS, INC., )<br>(11) GOTUIT MEDIA CORP., )<br>(12) DISCOVERY COMMUNICATIONS, INC., )<br>(13) MACMILLAN PUBLISHERS, INC., )<br>(14) MACMILLAN PUBLISHERS, LTD., )<br>(15) PURE VIDEO NETWORKS, INC., )<br>(16) DIGITAL PLAYGROUND, INC. )<br>(17) NEW FRONTIER MEDIA, INC., )<br>(18) SBO PICTURES, INC., )<br>(19) VIVID ENTERTAINMENT, LLC )<br>(20) SUN MICROSYSTEMS, INC. )<br>(21) MLB ADVANCED MEDIA, L.P. )<br>)<br>Defendants. )<br>) | **CASE NO. 02:07CV102**<br>Hon. David J. Folsom |

**DEFENDANT SUN MICROSYSTEMS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Microsystems, Inc. ("Sun") hereby states that it has no parent corporation. Sun is not aware of any other publicly-held corporation owning 10 percent or more of Sun's stock.

1

Dockets.Justia.com

Dated: August 22, 2007	By: s/ Thomas M. Dunham

Thomas M. Dunham (*pro hac vice*)
Attorney-in-Charge
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800


Attorney for Defendant,
Sun Microsystems, Inc.

## Certificate of Service

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/ Thomas M. Dunham
Thomas M. Dunham
