IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 02:07cv102 |
| METACAFE, INC., GOOGLE, INC., YOUTUBE, INC., SONY PICTURES ENTERTAINMENT, INC., SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., SONY BMG MUSIC ENTERTAINMENT GP, SONY CORPORATION, SONY CORPORATION OF AMERICA, GROUPER NETWORKS, INC., GOTUIT MEDIA CORP., DISCOVERY COMMUNICATIONS, INC., MACMILLAN PUBISHERS, INC., MACMILLAN PUBLISHERS, LTD., PURE VIDEO NETWORKS, INC., DIGITAL PLAYGROUND, INC., NEW FRONTIER MEDIA, INC., SBO PICTURES, INC., VIVD ENTERTAINMENT, LLC, SUN MICROSYSTEMS, INC., MLB ADVANCED MEDIA, L.P., | § § § § § § § § § § § § § § § § § § § § | |
| Defendants | § | |

NOTICE OF ATTORNEY APPEARANCE

Comes now Corey McGaha of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause on behalf of Defendant, Discovery Communications, Inc., and requests the Clerk of the above named Court to enter the same of record.

NOTICE OF ATTORNEY APPEARANCE – Page 1

Respectfully submitted,

/s/ Corey D. McGaha
Sean F. Rommel
TX State Bar No. 24011612
Leisa B. Pearlman
TX State Bar No. 15689960
Corey D. McGaha
TX State Bar No. 24057992
**PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:    (903) 334-7000
Facsimile:     (903) 334-7007


Robert P. Latham
Attorney-in-Charge
TX State Bar I.D. No. 11975500
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:    (214) 953-6000
Direct:           (214) 953-6170
Facsimile:      (214) 953-5822
blatham@jw.com

Of Counsel:
John M. Jackson
TX State Bar I.D. No. 24002340
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:    (214) 953-6000
Direct:           (214) 953-6170
Facsimile:      (214) 953-5822


**ATTORNEYS FOR DEFENDANT DISCOVERY COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing instrument by United States Mail on the 31st day of August, 2007.

/s/ Corey D. McGaha
Corey D. McGaha