IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION § <br> § <br> PLAINTIFF, § <br> § <br> vs. § <br> § <br> SAMSUNG TELECOMMUNICATIONS § <br> LLP, § <br> § <br> and § <br> § <br> SONY ERICSSON MOBILE § <br> COMMUNICATIONS INC., § <br> § <br> DEFENDANTS. § | CIVIL ACTION NO. 5:06-CV-239-DF |

**SAMSUNG TELECOMMUNICATIONS AMERICA'S LLP'S UNOPPOSED
MOTION TO SEVER AND TO STAY PENDING REEXAMINATION**

Defendant Samsung Telecommunications America LLP ("STA") moves for a stay of this action pending a final decision by the United States Patent and Trademark Office ("PTO") on the *ex parte* reexamination of the patent-in-suit, U.S. Patent No. 5,734,961 ("the '961 Patent"). In return for this stay, STA will execute the stipulation approved by this Court as a condition for staying the *Nokia* action, *Antor Media Corp. v. Nokia et al.*, Case No. 2:05-CV-186-DF ("*Antor II*"). [*See* Exh. A] Because co-defendant Sony Ericsson Mobile Communications Inc. ("Sony Ericsson") does not agree to a stay conditioned on this stipulation, STA further seeks a severance from Sony Ericsson in this matter so that Plaintiff Antor Media Corporation's claims may be stayed as to STA only. Antor does not oppose either STA's request for a stay or STA's request for severance.

SIGNED this 2nd day of April, 2007.

EXHIBIT A

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE