# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANTOR MEDIA CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 2:07-CV-102** |
| vs. ) | |
| ) | **Judge David Folsom** |
| **(1) METACAFE, INC.,** ) | |
| **(2) GOOGLE, INC.,** ) | |
| **(3) YOUTUBE, INC.,** ) | |
| **(4) SONY PICTURES ENTERTAINMENT,** ) | |
| **INC.,** ) | |
| **(5) SONY ELECTRONICS, INC.,** ) | |
| **(6) SONY COMPUTER ENTERTAINMENT** ) | |
| **AMERICA, INC.,** ) | |
| **(7) SONY BMG MUSIC ENTERTAINMENT** ) | |
| **GP,** ) | |
| **(8) SONY CORPORATION,** ) | |
| **(9) SONY CORPORATION OF AMERICA,** ) | |
| **(10) GROUPER NETWORKS, INC.,** ) | |
| **(11) GOTUIT MEDIA CORP.,** ) | |
| **(12) DISCOVERY COMMUNICATIONS, INC.,** ) | |
| **(13) MACMILLAN PUBLISHERS, INC.,** ) | |
| **(14) MACMILLAN PUBLISHER, LTD.,** ) | |
| **(15) PURE VIDEO NETWORKS, INC.,** ) | |
| **(16) DIGITAL PLAYGROUND, INC.,** ) | |
| **(17) NEW FRONTIER MEDIA, INC.,** ) | |
| **(18) SBO PICTURES, INC.,** ) | |
| **(19) VIVID ENTERTAINMENT, LLC,** ) | |
| **(20) SUN MICROSYSTEMS, INC.,** ) | |
| **(21) MLB ADVANCED MEDIA, L.P.** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT GOTUIT MEDIA CORPORATION

Pursant to Federal Rule of Civil Procedure 7.1, Defendant Gotuit Media Corporation ("Gotuit") hereby states that it has no parent corporation.  Gotuit further states that there is no publicly held corporation that owns 10% or more of Gotuit's stock.

10724265_1.DOC

-2-

Dated: September 19, 2007                    Respectfully submitted,


                                             /s/ Allen F. Gardner_____
                                             Michael E. Jones
                                             State Bar No. 10929400
                                             mikejones@potterminton.com
                                             Allen F. Gardner
                                             State Bar No. 24043679
                                             Allen.Gardner@potterminton.com
                                             **POTTER MINTON**
                                             **A Professional Corporation**
                                             110 N. College, 500 Plaza Tower
                                             Tyler, TX 75702
                                             Telephone:  (903) 597-8311
                                             Facsimile:  (903) 593-0846

                                             Attorneys for DEFENDANT
                                             GOTUIT & SONS COMPANY


Of Counsel:

Edward J. Kelly
Edward.Kelly@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

Dalila Argaez Wendlandt
Dalila.Wendlandt@ropesgray.com
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
(617) 951-7000

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2007.  Any other counsel of record will be served by first class U.S. mail on this same day.

                                                                    */s/ Allen F. Gardner*_____