**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2007 SEP 24  PM 4: 03

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # _02-CV-00102-DF_____

Style: _Antor Media Corp. v. Metacafe, Inc., et al._____

2. Applicant is representing the following party/ies: _GoTuit, Inc._____

3. Applicant was admitted to practice in _MA_____ (state) on _6-19-1998_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.  None.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
IL (11-7-96); NY (8-21-01); D.Mass (5-21-99); 1st Cir. (2-6-04); Fed. Cir. (2-10-04)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Dalila Argaez Wendlandt_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _9-19-07_____        Signature _Dalila Argaez Wendlandt_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print) Dalila Argaez Wendlandt

State Bar Number 639280

Firm Name: Ropes & Gray LLP

Address/P.O. Box: One International Place

City/State/Zip: Boston, MA 02110

Telephone #: 617-951-7000

Fax #: 617-951-7050

E-mail Address: dalila.wendlandt@ropesgray.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: _____

_____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

# United States District Court

for the

Eastern District of Texas at Tyler

Date:                    **Monday, September 24, 2007**

Received from:

**POTTER MINTON**

**P. O. BOX 359**

**TYLER, TX  75710**

| Account | Amount |
|---------|--------|
| 6855XX  | **$50.00** |
| | |
| **Total** | **$50.00** |

Payment method:          **Check**

Case or other reference:  **2:02CV102**

Comments:                 **PHV - CK 66846**

Received by:              **KB**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |