IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ANTOR MEDIA CORPORATION | § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-CV-102 (DF) |
| | § | |
| METACAFE, INC., ET AL | § | Unopposed |
| Defendants | § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff, Antor Media Corporation respectfully requests that Andrew W. Spangler be permitted to withdraw as counsel of record for Antor Media Corporation in this matter. The reason for this request is that Mr. Spangler is no longer associated with the law firm Brown McCarroll, L.L.P. No other changes are requested at this time regarding the other attorneys acting as Antor Media Corporation's counsel of record.

Dated: October 19, 2007                     Respectfully submitted,

                                            By: S. Calvin Capshaw
                                            S. Calvin Capshaw
                                            State Bar No. 03895700
                                            E-mail: ccapshaw@mailbmc.com
                                            Elizabeth L. DeRieux
                                            State Bar No. 05770585
                                            E-mail: ederieux@mailbmc.com
                                            BROWN MCCARROLL, L.L.P.
                                            1127 Judson Road, Suite 220
                                            P.O. Box 3999
                                            Longview, Texas 75601
                                            Phone: (903) 236-9800
                                            Facsimile: (903) 236-8787

                                            **ATTORNEYS FOR PLAINTIFF**

4005925.1
1.815

**CERTIFICATE OF CONFERENCE**

  I hereby certify that I conferred with opposing counsel regarding this Motion to Withdraw, and opposing counsel does not object to the relief requested.

            /s/ S. Calvin Capshaw
            S. Calvin Capshaw

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

            /s/ S. Calvin Capshaw
            S. Calvin Capshaw