IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action No: 2:07-CV-102 (DF) |
| | § | |
| METACAFE, INC., ET AL | § | Unopposed |
| Defendants | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration Plaintiff's Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Plaintiff's Motion for Withdrawal of Counsel be and hereby is GRANTED, and that Andrew W. Spangler is no longer counsel of record for Antor Media Corporation in this matter.

**SIGNED this 22nd day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE