IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| METACAFE, INC., | § | CIVIL ACTION NO. 2:07-CV-102-DF |
| GOOGLE, INC., | § | |
| YOUTUBE, INC., | § | |
| SONY PICTURES ENTERTAINMENT, | § | |
| INC., | § | |
| SONY ELECTRONICS, INC., | § | |
| SONY COMPUTER ENTERTAINMENT | § | |
| AMERICA, INC., | § | |
| SONY BMG MUSIC | § | |
| ENTERTAINMENT GP, INC., | § | |
| GROUPER NETWORKS, INC., | § | |
| GOTUIT MEDIA CORPORATION | § | |
| MACMILLAN PUBLISHERS, INC., | § | |
| MACMILLAN PUBLISHERS, LTD., | § | |
| PURE VIDEO NETWORKS, INC., | § | |
| DIGITAL PLAYGROUND, INC., | § | |
| NEW FRONTIER MEDIA, INC., | § | |
| SBO PICTURES, INC., | § | |
| VIVID ENTERTAINMENT, LLC, | § | |
| SUN MICROSYSTEMS, INC., | § | |
| and MLB ADVANCED MEDIA, L.P., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Defendants Macmillan Publishers, Inc.'s and Macmillan Publishers,

LTD.'s Opposed Motion to Stay Pending Reexamination (Dkt. No. 47).  Also before the Court is

-1-

New Frontier Media Inc.'s Motion to Sever and to Stay Pending Reexamination (Dkt. No. 130).

The Court hereby **SETS** these matters for hearing on **November 26, 2007, at 1:30 p.m. in Texarkana.** Each side shall have **fifteen (15) minutes** to present their arguments.

It is so **ORDERED.**

SIGNED this 31st day of October, 2007.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE