IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

JUDGE David Folsom

| | | |
|---|---|---|
| ANTOR MEDIA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:07CV102 |
| | § | |
| METACAFE | § | |

_____

ATTORNEYS FOR PLAINTIFF:   Kurt Truelove; Robert Chiavello; Robert Greeson;

ATTORNEYS FOR DEFENDANT:   Melissa Smith; Li Chen; Laurence Macon; Charles Verhoeven; Kristie McCasland;

LAW CLERK:   Grant Yang

COURT REPORTER:   Libby Crawford

COURTROOM DEPUTY:   Mel Martin

_____

**MOTION HEARING**
November 26, 2007 @ 1:30 p.m.

OPEN: 1:29                  ADJOURN: 1:51

_____

1:29    ct opens; ct/ motion to stay; scheduling conference;

1:30    Chiavello/ all have been served, will check on filing of certificate of service;

1:30    Chen/ argues motion;

1:34    ct/ understanding of where re-exam process is now;

1:34    Chen/ responds; 1st office action has not issued;

1:36    Chiavello/ responds;

1:37   ct/ opposed to stay in this case;

1:37   Chiavello/ that is true;

1:37   ct/ harm to your client if ct grants the stay;

1:37   Chiavello/ not a harm; concern fear that stay is turning indefinite;

1:40   ct/ has New Frontier agreed to stipulation;

1:40   Macon/ we have;

1:40   Chiavello/ continues with response;

1:42   Chen/ replies;

1:43   Macon/ would be tickled if ct entered less restrictive stipulation and willing to live by Antor 2 stipulation;

1:43   Verhoeven/ address' the ct;

1:48   Chiavello/ responds;

1:51   ct/ will enter order setting for management conference in early '08; not everyone has filed a motion to stay;

1:51   adjourned;