# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-102 |
| METACAFE, INC., et al. | § § | JURY TRIAL REQUESTED |
| Defendants. | § § § | |
| And Related Counterclaims. | § | |

## JOINT MOTION TO CONTINUE THE HEARING DATE ON DEFENDANTS' RENEWED MOTION TO STAY AND AMEND THE SCHEDULING ORDER

Plaintiff and Defendants respectfully request that the Court issue an order allowing for a two-month continuance of the hearing date of Defendants' Renewed Motion to Stay now set for February 28, 2008 at 10:00 am. This continuance will allow time for the U.S. Patent Office to issue its next office action in the reexamination of the patent-in-suit. Accordingly, the parties agree to and request an order entering the following:

(1) Plaintiff and Defendants will inform the Court of the status of the pending reexamination and report on whether any office action has issued by at least May 1, 2008;

(2) The hearing on Defendants' Renewed Motion to Stay will be continued from February 28, 2008 to May 15, 2008 at 10:00 am or as soon afterwards as the Court's schedule permits;

(3) The parties shall not have to respond to any discovery requests until thirty (30) days after resolution of Defendants' Renewed Motion to Stay;

(4) Antor shall not assert at any time that any inaction by the Patent Office during this two-month continuance represents delay by the Patent Office or supports its position that a stay should not be granted; and

(5) The Court's Revised Agreed Scheduling Order dated January 23, 2008 (Docket No. 181-2) shall be modified as shown below. These amendments do not change the claim construction hearing date or any dates thereafter. An Amended Scheduling Order reflecting these changes is being submitted herewith.

| STEP | EVENTS | RELEVANT PROVISION | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|---|---|
| 5 | Accused Infringers serve Preliminary Invalidity Contentions | Patent L.R. 3-3 | 5/23/08 | 7/25/08 |
| 6 | Accused Infringer makes Document Production Accompanying Disclosure | Patent L.R. 3-4 | 5/23/08 | 7/25/08 |
| 7 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court. | | 6/6/08 | Same |
| 8 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | 6/27/08 | Same |
| 9 | All parties meet and confer to discuss list of | Patent L.R. 4-1(b) | 7/25/08 | 8/25/08 |

| STEP | EVENTS | RELEVANT PROVISION | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|---|---|
|  | Proposed Terms and Claim Elements for Construction |  |  |  |
| 10 | Deadline for early mediation at the Parties' request |  | 7/25/08 | Same |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | 8/1/08 | 9/3/08 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | 8/21/08 | 9/15/08 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | 9/12/08 | 9/19/08 |

DATED: February 27, 2008        Respectfully submitted,

By     /s/ Robert M. Chiaviello, Jr.
       Robert Martin Chiaviello, Jr.
       Attorney In Charge
       Texas Bar No. 04190720
       Fulbright & Jaworski - Dallas
       2200 Ross Avenue
       Suite 2800
       Dallas, TX 75201
       214/855-8000
       Fax: 12148558200
       Email: bobc@fulbright.com

3

/s/  Charles K. Verhoeven
Charles K. Verhoeven, *pro hac vice*
charlesverhoeven@quinnemanuel.com
Attorney In Charge
David A. Perlson, *pro hac vice*
davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendants Google Inc. and YouTube, LLC.


/s/  Kevin P.B. Johnson
Attorney In Charge
Kevin P.B. Johnson (admitted *pro hac vice*)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendants Sony Pictures Entertainment Inc., Sony Electronics Inc., Sony Computer Entertainment America Inc., Sony BMG Music Entertainment, and Crackle, Inc.


/s/  G. William Lavender
G. William Lavender
ATTORNEY-IN-CHARGE
Texas Bar No. 11999590
Email: blav@lavenderlaw.com
LAVENDER LAW
210 N State Line Ave., Suite 503
P.O. Box 1938
Texarkana, AR 75504-1938
tel. 870/773-3187

4

fax 18707733181

Attorneys for Defendant Metacafe, Inc.

/s/  Li Chen
_____
Li Chen
ATTORNEY-IN-CHARGE
Texas Bar No. 24001142
Email: LChen@Sidley.com
KELLEY CONATY
Texas Bar No. 24040716
Email: kconaty@Sidley.com
SIDLEY AUSTIN, L.L.P.
717 North Harwood, Suite 3400
Dallas, Texas 75201
tel. 214-981-3300
fax 214-981-3400

Attorneys for Defendants
Macmillan Publishers, Inc.
and Macmillan Publishers Ltd.


/s/  Becky V. Christensen
_____
Becky V. Christensen (Lead Attorney)
CA State Bar No. 147013
Enrique Perez
ILL State Bar No. 6230026
O.CONNOR CHRISTENSEN & McLAUGHLIN
Trial Division of the Eclipse Group LLP
1920 Main Street, Suite 150
Telephone:  (949) 851-5000
Facsimile:  (949) 851-5051
bchristensen@eclipsegrp.com
eperez@eclipsegrp.com

Kristi I. McCasland
TX State Bar No. 13381030
Greer, McCasland & Miller, LLP
3512 Texas Blvd.
Texarkana, TX  75503
Telephone:  (903) 791-9300
Facsimile: (903) 791-9301
kmccasland@greermccasland.com

Attorneys for Defendant
DIGITAL PLAYGROUND, INC.


/s/  Allen F. Gardner
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
Allen F. Gardner
allengardner@potterminton.com
Allen F. Gardner
allengardner@potterminton.com
POTTER MINTON, PC
110 N. College, 500 Plaza Tower
Tyler, TX 75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

Attorneys for Defendant
GOTUIT Media Company



/s/  Sharon Barner
Guy N. Harrison
217 N. Center Street
P.O. Box 2845
Longview, Texas 75601
Tel: (903) 758-7361
Fax: (903) 753-9557
State Bar No. 00000077
E-Mail: cj-gnharrison@att.net

Sharon R. Barner, Attorney-in-Charge
Illinois State Bar No. 6192569
Email: SBarner@foley.com
David R. Melton
Illinois State Bar No. 1883267
Email:  DMelton@foley.com
Jennifer L. Gregor
Illinois State Bar No. 6286281
Email:  JGregor@foley.com

6

FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Phone: 312-832-4500
Fax: 312-832-4700

George C. Beck
District of Columbia Bar No. 441979
Email: GBeck@foley.com
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Attorneys for Defendant
MLB Advanced Media, LP




/s/  Thomas M. Dunham
Thomas M. Dunham (*pro hac vice*)
Attorney-in-Charge
HOWREY LLC
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800

Attorneys for Defendant
Sun Microsystems, Inc.


/s/  Robert P. Latham
Robert P. Latham
Texas State Bar No. 11975500
John M. Jackson
Texas State Bar No. 24002340
JACKSON WALKER, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6109

7

          (214) 661-6645 - Fax
          Email:  blatham@jw.com
          Email:  jjackson@jw.com

          Sean Fletcher Rommel
          Texas State Bar No. 24011612
          PATTON, ROBERTS, McWILLIAMS &
          CAPSHAW, L.L.P.
          P.O. Box 6128
          Texarkana, TX  75505
          (903) 334-7000
          (903) 334-7007 - Fax
          Email:  srommel@pattonroberts.com

          Attorneys for Defendant
          Discovery, Communications Inc.


          /s/  R. Laurence Macon
          R. Laurence Macon
          State Bar No. 12787500
          AKIN GUMP STRAUSS HAUER & FELD LLP
          300 Convent Street, Suite 1600
          San Antonio, Texas 78205
          (210) 281-7000 (telephone)
          (210) 281-2035 (facsimile)

          Attorney for Defendant
          New Frontier Media, Inc.

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 27, 2008. As of this date, all counsel of record has consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

          /s/ Charles K. Verhoeven

51225/2415219.2