# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § § Plaintiff, § § v. § § METACAFE, INC., et al. § § Defendants. § § § And Related Counterclaims. § | CIVIL ACTION NO. 2:07-CV-102 JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING DATE ON DEFENDANTS' RENEWED MOTION TO STAY AND AMEND THE SCHEDULING ORDER

The Court hereby grants Plaintiff's and Defendants' Joint Motion To Continue The Hearing Date On Defendants' Renewed Motion To Stay And Amend The Scheduling Order . The parties are hereby ordered as follows:

(1) Plaintiff and Defendants will inform the Court of the status of the pending reexamination and report on whether any office action has issued by at least May 1, 2008;

(2) The hearing on Defendants' Renewed Motion to Stay will be continued from February 28, 2008 to a date to be determined at a later time;

(3) The parties shall not have to respond to any discovery requests until thirty (30) days after resolution of Defendants' Renewed Motion to Stay; and

(4)  Antor shall not assert at any time that any inaction by the Patent Office during this two-month continuance represents delay by the Patent Office or supports its position that a stay should not be granted; and

(5) The scheduling order (Dkt. No. 181-2) is hereby amended as follows:

## AMENDED SCHEDULING ORDER

| STEP | EVENTS | RELEVANT PROVISION | Current Dates |
|---|---|---|---|
| 1 | Initial Case Management Conference | Patent L.R. 2-1; FRCP 26(f) | 1/9/08 |
| 2 | Initial Disclosures | FRCP 26(a)(1) | 2/8/08 |
| 3 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | Patent L.R. 3-1 | 2/22/08 |
| 4 | Patentee makes Document Production Accompanying Disclosure | Patent L.R. 3-2 | 2/22/08 |
| 5 | Accused Infringers serve Preliminary Invalidity Contentions | Patent L.R. 3-3 | 7/25/08 |
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | Patent L.R. 3-4 | 7/25/08 |
| 7 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court. | | 6/6/08 |
| 8 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(a) | 6/27/08 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | Patent L.R. 4-1(b) | 8/25/08 |
| 10 | Deadline for early mediation at the | | 7/25/08 |

| STEP | EVENTS | RELEVANT PROVISION | Current Dates |
|---|---|---|---|
|  | Parties' request |  |  |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2 | 9/3/08 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | Patent L.R. 4-2(c) | 9/15/08 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | Patent L.R. 4-3 | 9/19/08 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions. |  | 9/12/08 |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for dispositive motions. |  | 9/12/08 |
| 16 | Completion of Claim Construction Discovery | Patent L.R. 4-4 | 10/3/08 |
| 17 | Patentee files opening claim construction brief | Patent L.R. 4-5(a) | 10/10/08 |
| 18 | Accused Infringer files responsive claim construction brief | Patent L.R. 4-5(b) | 11/7/08 |
| 19 | Patentee files reply brief on claim construction | Patent L.R. 4-5(c) | 11/21/08 |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction |  | 12/12/08 |
| 21 | Parties file Joint Claim Construction Chart | Patent L.R. 4-5(d) | 12/19/08 |
| 22 | Pre-hearing Conference and technical tutorial if necessary |  |  |

| STEP | EVENTS | RELEVANT PROVISION | Current Dates |
|---|---|---|---|
| 23 | Claim Construction Hearing | Patent L.R. 4-6 | 1/22/09 |
| 24 | Court's Claim Construction Ruling | | On or about (3 weeks after 23) subject to the Court's scheduling and/or use of a technical advisor |
| 25 | Patentee makes Final Infringement Contentions | Patent L. R. 3-6(a) | On or about 30 days after claim construction ruling |
| 26 | Accused Infringer serves Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | On or about 40 days after claim construction ruling |
| 28 | Accused Infringer makes Final Invalidity Contentions | Patent L.R. 3-6(b) | On or about 60 days after claim construction ruling |
| 29 | Accused Infringer makes disclosure relating to willfulness | Patent L.R. 3-8 | On or about 60 days after claim construction ruling |
| 30 | Accused Infringer makes Final Unenforceability Contentions | | On or about 80 days after claim construction ruling |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pretrial | | On or about 100 days after claim |

| STEP | EVENTS | RELEVANT PROVISION | Current Dates |
|------|--------|--------------------|---------------|
|      | conference |  | construction ruling |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | On or about 120 days after claim construction ruling |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | On or about 150 days after claim construction ruling |
| 34 | Deadline for late mediation at the Parties' request |  |  |
| 35 | Deadline for completion of expert discovery |  | 30 days after rebuttal expert testimony |
| 36 | Deadline for objections to other parties' expert witnesses |  | After 35 |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before the initial pretrial conference |  | 7/3/09 |
| 38 | Deadline for filing all Daubert motions |  | 7/3/09 |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | 8/14/09 |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form |  | 8/14/09 |
| 41 | Defendant and Third parties to Provide to Patentee their information for Joint Final Pretrial Order, |  | 8/14/09 |

| STEP | EVENTS | RELEVANT PROVISION | Current Dates |
|------|--------|--------------------|---------------|
|      | Proposed Jury Instruction and Verdict Form | | |
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | 8/24/09 |
| 43 | Initial Pretrial Conference | | 9/21/09 |
| 44 | Final Pretrial Conference before Judge David Folsom | | 10/5/09 |
| 45 | Jury Selection before Judge David Folsom | | |

**SIGNED this 28th day of February, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE