IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. |
| V. | § § | **02:07-CV-102** |
| METACAFE, INC., ET AL. | § § | JURY DEMAND |
| DEFENDANTS. | § § § | |

**ORDER OF DISMISSAL**

On this day, Plaintiff Antor Media Corporation ("Antor") and Defendant, PureVideo Networks, Inc. ("PureVideo"), announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against PUREVIDEO, by ANTOR herein are dismissed with prejudice and any counterclaims brought by PUREVIDEO against ANTOR are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

SIGNED this 24th day of March, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE