IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-102-DF |
| METACAFE, INC., et al., | § § § | |
| Defendants. | § § § § § | |

### ORDER

Before the Court is Defendants' Renewed Motion to Stay Pending Reexamination (Dkt. No. 170).

The Court is aware that the parties are awaiting Antor's patent to complete the re-examination process in the United States Patent and Trademark Office. The parties had previously been able to agree to adjust various deadlines.

The Court hereby **DISMISSES WITHOUT PREJUDICE** Defendants' Renewed Motion to Stay (Dkt. No. 170). Defendants may re-file its motion and advise the Court if there is a change in circumstances that would necessitate a stay.

It is so **ORDERED.**

SIGNED this 9th day of April, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

-1-