# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § | |
| § | |
| PLAINTIFF, § | |
| § | CIVIL ACTION NO. 2:07-CV-102 (DF) |
| V. § | |
| § | |
| METACAFE, INC., ET AL. § | |
| § | |
| DEFENDANTS. § | |

## NOTICE OF REEXAMINATION STATUS

Pursuant to the Court's Order of February 28, 2008 (Dkt. No. 208), Plaintiff and Defendants hereby inform the Court that as of May 1, 2008 a subsequent office action has not been received in the reexamination of the patent-in-suit.

Plaintiff and Defendants are currently working together to draft a Revised Scheduling Order and anticipate submitting their proposed Revised Scheduling Order to this Court no later than Tuesday, May 6, 2008.

Respectfully submitted this 1st day of May, 2008,

/s/ *Robert M. Chiaviello, Jr.*
**Robert M. Chiaviello, Jr.**
*Counsel for Antor Media Corporation*

/s/ *Melissa Smith, with permission*
**Melissa Richards Smith**
*Counsel for All Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on May 1, 2008.

                                                 */s/ Robert M. Chiaviello, Jr.*
                                                 Robert M. Chiaviello, Jr.