# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 2:07-CV-102 (DF) |
| METACAFE, INC., ET AL. | § § | |
| DEFENDANTS. | § § | |

## NOTICE OF REEXAMINATION STATUS

Pursuant to the Court's Order of May 13, 2008 (Dkt. 220), Plaintiff and Defendants hereby inform the Court that as of July 1, 2008 a subsequent office action has not been received in the reexamination of the patent-in-suit.

Plaintiff and Defendants are currently working together to draft a Revised Scheduling Order and anticipate submitting their proposed Revised Scheduling Order to this Court no later than Wednesday July 9, 2008.

Respectfully submitted this 1st day of July, 2008.

/s/_____
Robert M. Chiaviello, Jr.
Counsel for Antor Media Corporation


/s/_____
Melissa Richards Smith
Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on July 1, 2008.

   */s/*
Melissa R. Smith