**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **CIVIL ACTION NO. 2:07-CV-102 (DF)** |
| **V.** | § | |
| | § | |
| **METACAFE, INC., ET AL.** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**AMENDED NOTICE OF REEXAMINATION STATUS AND
JOINT MOTION TO EXTEND DEADLINE TO SUBMIT A STIPULATED STAY
OR SUBMIT SCHEDULING PROPOSAL**

Pursuant to the Court's Order of May 13, 2008 (Dkt. 220), Plaintiff and Defendants hereby inform the Court that as of July 18, 2008 a subsequent office action has not been received in the reexamination of the patent-in-suit.

Plaintiff and Defendants are diligently working to agree upon a Stipulated Stay of this matter. Accordingly, the parties seek an extension to submit a Stipulated Stay or submit a Scheduling Proposal up to and including Wednesday July 23, 2008.

Respectfully submitted this 18th day of July, 2008.

/s/_____
Robert M. Chiaviello, Jr.
Counsel for Antor Media Corporation


/s/_____
Melissa Richards Smith
Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on July 18, 2008.

_/s/_____
Melissa R. Smith