# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION,** | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 2:07-CV-102 |
| **METACAFE, INC., ET AL.,** | § § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Antor Media Corporation and Defendants Macmillan Publishers, Inc. and Macmillan Publishers, Ltd., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted or which could have been asserted against MACMILLAN PUBLISHERS, INC. AND MACMILLAN PUBLISHERS, LTD. by ANTOR MEDIA CORPORATION and against ANTOR MEDIA CORPORATION by MACMILLAN PUBLISHERS, INC. AND MACMILLAN PUBLISHERS, LTD. herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 3rd day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE